Form B1 (Official Form 1) - (Rev. 1/08) — 2008 USBC, Central District of California

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**The Yucca Group, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>**Metro Modern Developers** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **5062** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**20501 Ventura Blvd., Suite 130**<br>**Woodland Hills, CA**<br>ZIP CODE **91364** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**6735 Yucca St., Unit 509**<br>**Los Angeles, CA**<br>ZIP CODE **90028** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**6735 Yucca Street, Unit 509, Los Angeles, CA 90** | ZIP CODE **028** |

**Type of Debtor** (Form of Organization) (Check one box.)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☒ Chapter 11
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 9
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information** — THIS SPACE IS FOR COURT USE ONLY
- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): The Yucca Group, LLC |
|---|---|

### Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: **Central District of California** | Case Number: **10-16226-VK** | Date Filed: **02/22/2010** |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor: **NONE** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X __Not Applicable__<br>   Signature of Attorney for Debtor(s)        Date |

| Exhibit C | Exhibit D |
|---|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>☒ No | (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

### Information Regarding the Debtor - Venue
*(Check any applicable box)*

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
*(Check all applicable boxes.)*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

Form B1 (Official Form 1) - (Rev. 1/08)                                                                                                                           2008 USBC, Central District of California

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>The Yucca Group, LLC | FORM B1, Page 3 |
|---|---|---|

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only one box.)<br>☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.<br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X  Not Applicable<br>Signature of Debtor<br>X  Not Applicable<br>Signature of Joint Debtor<br>_____<br>Telephone Number (If not represented by attorney)<br>_____<br>Date | X  Not Applicable<br>(Signature of Foreign Representative)<br>_____<br>(Printed Name of Foreign Representative)<br>_____<br>Date |

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| X _[signature]_<br>Signature of Attorney for Debtor(s)<br>**J. Bennett Friedman, Esq.**<br>Printed Name of Attorney for Debtor(s)<br>**Friedman Law Group**<br>Firm Name<br>**1900 Avenue of the Stars Suite 1800**<br>Address<br>**Los Angeles, CA 90067**<br>**(310) 552-8210**       (310) 733-5442<br>Telephone Number<br>**2/24/10**                        147056<br>Date                                Bar Number<br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>**Not Applicable**<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>Address |

| **Signature of Debtor (Corporation/Partnership)** | X Not Applicable |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X _[signature]_<br>Signature of Authorized Individual<br>**Mel Kimman**<br>Printed Name of Authorized Individual<br>**Member/Manager of the Yucca Group LLC**<br>Title of Authorized Individual<br>**02/24/2010**<br>Date | _____<br>Date<br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.<br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br>If more than one person prepared this document, attach to the appropriate official form for each person.<br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

## STATEMENT OF RELATED CASES
### INFORMATION REQUIRED BY LOCAL RULE 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**Involuntary Petition filed February 22, 2010, Case No. 10-16226-VK. Debtor is filing a motion to dismiss this action.**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

None

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

None

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at **Venice    CA**, California

Dated: **February 24th, 2010**

Debtor: MEL Kimman, managing member of the Yucca Group LLC

*[signature]*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Revised May 2004

F 1015-2.1

**United States Bankruptcy Court**

**Central District of California**

In re:

The Yucca Group, LLC

Case No. _____
Chapter  11

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Mel Kimman, declare under penalty of perjury that I am the Member/Manager of The Yucca Group, LLC, a California Corporation and that on 02/24/2010 the following resolution was duly adopted by the Members of this Corporation:

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Mel Kimman, Member/Manager of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that Mel Kimman, Member/Manager of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

Be It Further Resolved, that Mel Kimman, Member/Manager of this Corporation, is authorized and directed to employ J. Bennett Friedman, Esq., attorney and the law firm of Friedman Law Group to represent the Corporation in such bankruptcy case."

Executed on: 02/24/2010

Signed: _____
Mel Kimman, managing member of the Yucca Group LLC

| Party Name, Address, Telephone (CA State Bar No. if applicable) | FOR COURT USE ONLY |
|---|---|
| J. Bennett Friedman, Esq.<br>Friedman Law Group<br>1900 Avenue of the Stars<br>Suite 1800<br>Los Angeles, CA 90067<br><br>Phone: (310) 552-8210      Fax: (310) 733-5442<br>California State Bar Number: 147056<br>*Attorney for* The Yucca Group, LLC | |
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:    The Yucca Group, LLC<br><br><br><br>                                               Debtor. | CHAPTER: 11<br><br>CASE NUMBER<br><br>(No Hearing Required) |

## VENUE DISCLOSURE FORM
## FOR CORPORATIONS FILING CHAPTER 11
### (Required by General Order 97-02)

*Attach additional sheets as necessary and indicate so in each section*

1. Specify the address of the principal office of the Debtor currently on file with the California Secretary of State (from Form S0100, S0200, or S0300):

   20501 Ventura Blvd., Suite 130, Woodland Hills, CA 91364

2. Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return:

   6735 Yucca Street, Unit 509, Los Angeles, CA 90028

3. Disclose the current business address(es) for all corporate officers:

   20501 Ventura Blvd., Suite 130, Woodland Hills, CA 91364

4. Disclose the current business address(es) where the Debtor's books and records are located:

   6735 Yucca Street, Unit 509, Los Angeles, CA 90028

Venue Disclosure Form for Corporations Filing Chapter 11- Page Two (2)    VEN-C

| In re | The Yucca Group, LLC | | CHAPTER: | 11 |
| --- | --- | --- | --- | --- |
| | | Debtor. | CASE NO.: | |

5. List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet:

    6735 Yucca Street, Unit 509, Los Angeles, CA 90028

6. Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):

    None

7. State the name and address of the individual signing this Statement and the relationship of such person to the Debtor (specify):

    Mel Kimman, 20501 Ventura Blvd., Suite 130, Woodland Hills, CA 91364. Member/Manager

8. Total number of attached pages of supporting documentation: ___0___

9. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on the __24th__ day of __February__, 20__10__, at __Venice__, California

__MEL KIMMAN__
Type Name of Officer

Signature of Declarant

__Managing Member of the Yucca Group LLC__
Position or Title of Officer

Verification of Creditor Mailing List - (Rev. 10/05)          2003 USBC, Central District of California

## MASTER MAILING LIST
### Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name     J. Bennett Friedman, Esq.
Address    Friedman Law Group
              1900 Avenue of the Stars
              Suite 1800
              Los Angeles, CA 90067
Telephone   (310) 552-8210

    Attorney for Debtor(s)
☐ Debtor in Pro Per

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| List all names including trade names, used by Debtor(s) within last 8 years:<br><br>The Yucca Group, LLC<br>Metro Modern Developers | Case No.: |
|---|---|
| | Chapter: 11 |

### VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of ____7____ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: 02/24/2010

Mel Kimman, Member/Manager _Managing member of the Yucca Group LLC_

J. Bennett Friedman, Esq., Attorney (if applicable)

The Yucca Group, LLC
6735 Yucca St., Unit 509
Los Angeles, CA 90028

J. Bennett Friedman, Esq.
Friedman Law Group
1900 Avenue of the Stars
Suite 1800
Los Angeles, CA 90067

Carol Ruiz
389 Palos Verdes Blvd., Apt 14
Redondo Beach, CA 90277

2K Plumbing & Fire Protection
7820 Burnet Avenue #8
Van Nuys, CA 91405

5th Gear High Performance Advertisi
8695 West Washington Blvd., Ste 206
Culver City, CA 90232

A. Sharon Company
22287 Mullholland Hwy # 254
Calabasas, CA 91302

Air Cond & Heat & Heating Mech Mast
9018 Balboa Blvd., Suite 578
Northridge, CA 91325

Alex & Taryn Lynn Band
14980 Amso Street
Pway, CA 92064

Amnon Mizrahi, CPA
16255 Ventura Blvd. # 700
Encino, CA 91364

A-Sure Stop
P.O. Box 10486
Burbank, CA 91510

Brown, Winfield, Canzoneri, Abram I
300 S. Grand Avenue, Suite 1400
Los Angeles, CA 90071-3124

City of Los Angeles
P.O. Box 513996
Los Angeles, CA 90051

Construction Doors & Hardware
2363 Teller Rd. # 117
Newbury Park, CA 91320

Designer Kitchens
23010 Ventura Blvd.
Woodland Hills, CA 91364

East West Bank
135 N. Los Robles Ave., 7th Floor
Pasadena, CA 91101

FEI N Hollywood
12556 Saticoy Street South
North Hollywood, CA 91605

Fidelity National Title
135 Main Street, Suite 1900
San Francisco, CA 94105

Forward Progress Management
c/o William Ruvelson
9300 Wilshire Blvd. #330
Beverly Hills, CA 90212

Guarantee Drywall
17953 Ventura Blvd.
Encino, CA 91316

Harlan's Landscaping
8860 Corbin Ave., # 371
Northridge, CA 91324

Harry D Arends
1758 Taft Avenue
Los Angeles, CA 90028

High Lights
12940 Chippewa Street
Sylmar, CA 91352

Hy - Max building Corp.
28376 Constellation Rd.
Valencia, CA 91355

Hy-Max Building Corp.
28376 Constellation
Valencia, CA 91355

Infinity Fire Protection
6420 Coldwater Canyon Avenue
North Hollywood, CA 91606

Isaac's Ironworks
7373 Atoll Avenue
North Hollywood, CA 91605

J. Sabag Electric Services
8768 Yolanda Avenue
Northridge, CA 91324

J.Sabag
8768 Yolanda Avenue
Northridge, CA 91324

Jackson,DeMarco,Tidus,Peckenpaugh
2030 Main Street, Ste 1200
Irvine, CA 92614

JDM Structures, Inc.
10545 Collins St.
North Hollywood, CA 91601

Ju Mar Corp. dba 1st Class Parking
P.O. Box 16325
Beverly Hills, CA 90209

Kanner Architects, Inc.
1558 10th Street
Santa Monica, CA 90401

Kimley-Horn & Associates, Inc.
P.O. Box 79063
City of Industry, CA 91716-9063

Law Offices of Fredrick H. Stern
16830 Ventura Blvd., Suite 500
Encino, CA 91436

Law Offices of Neil Sunkin
22908 Gershwin Drive
Woodland Hills, CA 91364

Lederer & Nojima, LLP
12400 Wilshire Blvd., Suite 820
Los Angeles, CA 90025

Los Angeles County Tax Collector
P.O. Box 54027
Los Angeles, CA 90054

Main Street Bank
P.O. Box 203909
Houston, TX 77216-3909

Marteoh Inc. dba Hanleys Welding
3202 W Rosecrans Ave
Hawthorne, CA 90250

MGR Painting

Motykie

Move Rental Division
P.O. Box 4455
Scottsdale, AZ 85261-4455

Nathan's Glass & Mirror
12750 Raymer Street, Unit 1
North Hollywood, CA 91605

Peachtree Business Products
P.O. Box 13290
Atlanta, GA 30324

Planet Online
20501 Ventura Blvd., Suite 148
Woodland Hills, CA 91364

Purchasing Solution Inc.
1474 Beverwill Dr.
Los Angeles, CA 90035

State Plastering, Inc.
16501 Vasquez Canyon Rd.
Canyon Country, CA 91351

Storms & Howe
5777 West Century Blvd # 1595
Los Angeles, CA 90045

Sullivan Concrete Textures
1111 Baker St.
Costa Mesa, CA 92626

Sunstate Equipment Co.
PO Box 52581
Phoenix, AZ 75072-2581

The Hollywood Condominiums HOA
14766 Ventura Blvd., 2nd floor
Sherman Oaks, CA 91403-3642

U.S. Interactive Media
1201 Alta Loma Road
Los Angeles, CA 90069

Ultimate Construction
6777 N. Paramount Blvd.
Long Beach, CA 90805

Van Dijk & Associates, Inc.
28 Hammond, Suite G
Irvine, CA 92618

West Coast Door & Moulding
1211 Flynn Road # 103
Camarillo, CA 93012

Withers & Sandgren Ltd.
3467 Ocean View Blvd. # A
Glendale, CA 91208

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re: The Yucca Group, LLC

Debtor(s).

CHAPTER: 11
CASE NO.:

## Form 4.
# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Harry D Arends<br>1758 Taft Avenue<br>Los Angeles, CA 90028 | Harry Arends<br><br>Harry D Arends<br>1758 Taft Avenue<br>Los Angeles, CA 90028 | Unsecured Note | | $1,000,000.00 |
| Forward Progress Management<br>c/o William Ruvelson<br>9300 Wilshire Blvd. #330<br>Beverly Hills, CA 90212 | William Ruvelson<br><br>Forward Progress Management<br>c/o William Ruvelson<br>9300 Wilshire Blvd. #330<br>Beverly Hills, CA 90212 | Unsecured Note | **CONTINGENT UNLIQUIDATED DISPUTED** | $300,000.00 |
| The Hollywood Condominiums HOA<br>14766 Ventura Blvd., 2nd floor<br>Sherman Oaks, CA 91403-3642 | HOA<br>818.788.1640<br>The Hollywood Condominiums HOA<br>14766 Ventura Blvd., 2nd floor<br>Sherman Oaks, CA 91403-3642 | Unsecured Claim | | $89,406.61 |
| FEI N Hollywood<br>12556 Saticoy Street South<br>North Hollywood, CA 91605 | Accounts Receivable<br>818.982.6710<br>FEI N Hollywood<br>12556 Saticoy Street South<br>North Hollywood, CA 91605 | Unsecured Trade Debt | | $57,610.14 |
| Construction Doors & Hardware<br>2363 Teller Rd. # 117<br>Newbury Park, CA 91320 | Ron Ocander<br>805.499.3239<br>Construction Doors & Hardware<br>2363 Teller Rd. # 117<br>Newbury Park, CA 91320 | Unsecured Trade Debt | DISPUTED | $37,638.49 |
| Ultimate Construction<br>6777 N. Paramount Blvd.<br>Long Beach, CA 90805 | Accounts Receivable<br><br>Ultimate Construction<br>6777 N. Paramount Blvd.<br>Long Beach, CA 90805 | Unsecured Trade Debt | | $35,000.00 |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re: The Yucca Group, LLC

Debtor(s).

CHAPTER: 11
CASE NO.:

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| 2K Plumbing & Fire Protection<br>7820 Burnet Avenue #8<br>Van Nuys, CA 91405 | Attn. Gary<br>818 908-0887<br>2K Plumbing & Fire Protection<br>7820 Burnet Avenue #8<br>Van Nuys, CA 91405 | Unsecured Trade Debt | DISPUTED | $31,450.62 |
| Brown, Winfield, Canzoneri, Abram Inc.<br>300 S. Grand Avenue, Suite 1400<br>Los Angeles, CA 90071-3124 | Accounting<br>213.687.2100<br>Brown, Winfield, Canzoneri, Abram Inc.<br>300 S. Grand Avenue, Suite 1400<br>Los Angeles, CA 90071-3124 | Unsecured Professional Services | | $26,615.59 |
| State Plastering, Inc.<br>16501 Vasquez Canyon Rd.<br>Canyon Country, CA 91351 | Joel Zavala<br>661.298.2848<br>State Plastering, Inc.<br>16501 Vasquez Canyon Rd.<br>Canyon Country, CA 91351 | Unsecured Trade Debt | DISPUTED | $26,700.00 |
| Nathan's Glass & Mirror<br>12750 Raymer Street, Unit 1<br>North Hollywood, CA 91605 | Attn. Oren<br>818.765.1600<br>Nathan's Glass & Mirror<br>12750 Raymer Street, Unit 1<br>North Hollywood, CA 91605 | Unsecured Trade Debt | DISPUTED | $24,468.97 |
| Guarantee Drywall<br>17953 Ventura Blvd.<br>Encino, CA 91316 | Attn. Yoni<br>818.345.0135<br>Guarantee Drywall<br>17953 Ventura Blvd.<br>Encino, CA 91316 | Unsecured Trade Debt | DISPUTED | $20,457.22 |
| Harlan's Landscaping<br>8860 Corbin Ave., # 371<br>Northridge, CA 91324 | Accounts Receivable<br>818.996.3002<br>Harlan's Landscaping<br>8860 Corbin Ave., # 371<br>Northridge, CA 91324 | Unsecured Trade Debt | | $19,700.00 |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re: The Yucca Group, LLC

CHAPTER: 11

CASE NO.:

Debtor(s).

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| JDM Structures, Inc.<br>10545 Collins St.<br>North Hollywood, CA 91601 | Attn. Jordan<br>818.487.0502<br>JDM Structures, Inc.<br>10545 Collins St.<br>North Hollywood, CA 91601 | Unsecured Trade Debt | DISPUTED | $15,724.45 |
| 5th Gear High Performance Advertising<br>8695 West Washington Blvd., Ste 206<br>Culver City, CA 90232 | Accounts Receivable<br>310.841.5041<br>5th Gear High Performance Advertising<br>8695 West Washington Blvd., Ste 206<br>Culver City, CA 90232 | Unsecured Trade Debt | | $15,000.00 |
| J. Sabag Electric Services<br>8768 Yolanda Avenue<br>Northridge, CA 91324 | Attn. Johnathon<br>818.701.6800<br>J. Sabag Electric Services<br>8768 Yolanda Avenue<br>Northridge, CA 91324 | Unsecured Trade Debt | DISPUTED | $10,004.93 |
| Hy - Max building Corp.<br>28376 Constellation Rd.<br>Valencia, CA 91355 | Will Davis<br>661.288.0333<br>Hy - Max building Corp.<br>28376 Constellation Rd.<br>Valencia, CA 91355 | Unsecured Trade Debt | | $11,229.59 |
| U.S. Interactive Media<br>1201 Alta Loma Road<br>Los Angeles, CA 90069 | Accounts Receivable<br>310.659.0711<br>U.S. Interactive Media<br>1201 Alta Loma Road<br>Los Angeles, CA 90069 | Unsecured Trade Debt | | $8,548.76 |
| Jackson,DeMarco,Tidus,Peckenpaugh<br>2030 Main Street, Ste 1200<br>Irvine, CA 92614 | Sonia Lister<br>949.851.7408<br>Jackson,DeMarco,Tidus,Peckenpaugh<br>2030 Main Street, Ste 1200<br>Irvine, CA 92614 | Unsecured Legal Services | | $6,983.02 |

Form B4 (Official Form 4) - Continued (12/07)                                              2007 USBC, Central District of California

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: The Yucca Group, LLC | CHAPTER: 11 |
|---|---|
| Debtor(s) | CASE NO.: |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Storms & Lowe<br>5777 West Century Blvd # 1595<br>Los Angeles, CA 90045 | Accounts Receivable<br>310.665.0500<br>Storms & Lowe<br>5777 West Century Blvd # 1595<br>Los Angeles, CA 90045 | Unsecured Consulting Services | | $6,925.55 |
| J.Sabag<br>8768 Yolanda Avenue<br>Northridge, CA 91324 | Attn. Johnathon<br>818.701.6800<br>J.Sabag<br>8768 Yolanda Avenue<br>Northridge, CA 91324 | Unsecured Trade Debt | DISPUTED | $6,285.08 |

**Declaration Under Penalty of Perjury**
**on Behalf of a Corporation or Partnership**

I, Mel Kimman Member/Manager of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 02/24/2010

_____
Mel Kimman Member/Manager of The Yucca Group LLC
Debtor

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.