J. BENNETT FRIEDMAN, ESQ., State Bar No. 147056
*jfriedman@jbflawfirm.com*
CASEY Z. DONOYAN, ESQ. State Bar No. 224945
*cdonoyan@jbflawfirm.com*

FRIEDMAN LAW GROUP, P.C.
1901 Avenue of the Stars, Suite 1700
Los Angeles, California 90067
Telephone: (310) 552-8210
Facsimile: (310) 733-5442

Attorneys for Debtor and Debtor in Possession THE YUCCA GROUP, LLC

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>THE YUCCA GROUP, LLC<br><br>Debtor and Debtor in Possession. | CASE NO. 10-12079-GM<br><br>Chapter 11<br><br>DEBTOR'S OBJECTION TO PAYMENT OF CLAIM NO. 14 BY STORMS AND LOWE ASSOCIATES<br><br>Date: May 3, 2011<br>Time: 10:00 a.m.<br>Ctrm: 303<br>21041 Burbank Blvd.<br>Woodland Hills, CA 91367 |

TO LISTED CLAIMANT, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that THE YUCCA GROUP, LLC ("Debtor"), by and through its attorney of record, hereby files an Objection to Payment of Claim according to Bankruptcy Rule 3007 as to the claim of Storms and Lowe Associates.

1

NOTICE IS FURTHER GIVEN pursuant to Bankruptcy Rule 9013-1(a)(7) that any Opposition to this Objection must be filed with the Court and served upon Debtor's counsel at least fourteen (14) days prior to the scheduled hearing.

**CLAIM NO.:**   Fourteen (14)

**CREDITOR:**   Storms and Lowe Associates

9841 Airport Blvd., Suite 150

Los Angeles, CA 90045

**CLAIM AMOUNT:**   $21,504.05

**BASIS FOR OBJECTION:**

1. <u>Claim Number 14 is Late and Thus Should be Disallowed</u>

Rule 3003(b)(1) of the Federal Rules of Bankruptcy Procedure ("FRBP") states as follows: "The schedule of liabilities filed pursuant to § 521(1) of the Bankruptcy Code shall constitute prima facie evidence of the validity and amount of the claims of creditors, ***unless they are scheduled as disputed, contingent, or unliquidated.***" [Emphasis Added].

Rule 3003(c)(1-3) of the FRBP elaborate on who may file a claim, who must file a claim, and when a claim must be filed. Specifically, Rule 3003(c)(3) states that:

"The court shall fix and for cause shown may extend the time within which proofs of claim or interest may be filed. Notwithstanding the expiration of such time, a proof of claim may be filed to the extent and under the conditions stated in Rule 3002(c)(2), (c)(3), (c)(4), and (c)(6)."

Bar dates for filing proofs of claim in Chapter 11 case are likened to statutes of limitations which must be strictly observed. *In re Macmillan, Inc.*, Bkrtcy.S.D.N.Y.1995, 186 B.R. 35. Creditor or equity security holder whose claim or interest is not scheduled or ***is scheduled as disputed, contingent, or unliquidated***, shall file proof of claim against Chapter 11 debtor within time prescribed for such filing. *In re Laclede Cab Co.*, Bkrtcy.E.D.Mo.1995, 186 B.R. 688. Holders of disputed and unliquidated claims who fail to file timely proofs of claim are not deemed to have claims against Chapter 11 estate, and consequently, are ***not entitled to receive distribution under reorganization plan.*** *In re NutriBevco, Inc.*, Bkrtcy.S.D.N.Y.1990, 117 B.R. 771.

1    On January 10, 2011, the Court entered an Order establishing February 15, 2011 as the Claims Bar Date ("Bar Date"). Based on the Order, all claims were required to be filed no later than February 15, 2011. As such, creditors who had yet to file a claim in this case, which was initially filed on February 24, 2010 (the "Petition Date"), had over one month to prepare and file their respective proofs of claim.

2    Pursuant to the Order Fixing the Bar Date, a copy of which is attached hereto as Exhibit "A," the Office of the United States Trustee, Secured Creditors, and all unsecured Creditors were served with the Order Fixing Bar Date. Included on the service list was Storms and Lowe Management Real Estate, Inc. ("Storms and Lowe"). Despite being served with the Order Fixing the Bar Date for February 15, 2011, Storms and Lowe, who has appeared in this case since shortly after the Petition Date, did not file its Proof of Claim until February 24, 2011, nine (9) days after the Bar Date.

3    Although in some instances Court's will ultimately allow late filed proofs of claim, requests for extension to file late proofs of claim are strictly scrutinized according to discretion of bankruptcy court and must usually be filed <u>prior</u> to the expiration of the bar date. *In re Drexel Burnham Lambert Group Inc.*, Bkrtcy.S.D.N.Y.1993, 151 B.R. 674. Moreover, the Creditor seeking to file a late filed proof of claim must demonstrate cause to extend the bar date. However, a motion for extension of time for filing amendment to proof of claim, filed after expiration of bar date, will be granted only upon showing of excusable neglect. *In re C.P.M. Const.*, Bkrtcy.D.N.M.1991, 124 B.R. 335.

4    In the present case, not only has Storms and Lowe filed its Proof of Claim late, it failed to file a motion seeking to extend the Bar Date either prior to the bar date or after the bar date demonstrating any showing of excusable neglect. Rather, it appears that Storms and Lowe simply filed its late filed proof of claim and hoped that Debtor would simply not notice.

5    Storms and Lowe was provided notice of the Bar Date and failed to comply with the Court's Order by timely filing a proof of claim. As such, Debtor respectfully requests that the Court disallow Claim No. 14, in its entirety.

1  DATED: March 30, 2011                FRIEDMAN LAW GROUP, P.C.

2

3

4                              By: _____
                                    CASEY Z, DONOYAN, ESQ.
                                    Attorneys for Debtor in Possession,
5                                   THE YUCCA GROUP, LLC

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                              4   THIS DOCUMENT PREPARED USING RECYCLED PAPER

**EXHIBIT A**

Case 1:10-bk-12079-GM    Doc 216    Filed 03/31/11    Entered 03/31/11 14:16:26    Desc
Main Document    Page 6 of 18

1  J. BENNETT FRIEDMAN, ESQ., State Bar No. 147056
   *jfriedman@jbflawfirm.com*
2  CASEY Z. DONOYAN, State Bar No. 224945
   *cdonoyan@jbflawfirm.com*

3  FRIEDMAN LAW GROUP
   1901 Avenue of the Stars, Suite 1700
4  Los Angeles, CA 90067
   Telephone: (310) 552-8210
5  Facsimile: (310) 733-5442

6

7  Attorneys for Debtor and Debtor in Possession
   THE YUCCA GROUP, LLC
8



FILED & ENTERED

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY holbert DEPUTY CLERK

9
                UNITED STATES BANKRUPTCY COURT
10
                 CENTRAL DISTRICT OF CALIFORNIA
11

12
13  In re                              ) CASE NO. 1:10-bk-12079-GM
                                       )
14                                     ) Chapter 11
    THE YUCCA GROUP, LLC               )
15                                     ) ORDER GRANTING DEBTOR'S
                                       ) MOTION FIXING FEBRUARY 15, 2011
16                                     ) AS THE LAST DATE FOR FILING
           Debtor and Debtor in Possession. ) PROOFS OF CLAIM
17                                     )
                                       ) [No Hearing Required]
18  _____)

19
20
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27
                                    1
28

1  Having reviewed the Debtor's Notice of Motion and Motion for Order Fixing Last Date for
2  Filing Proofs of Claim, determining notice was appropriate under Rule 2002 of the Federal Rules
3  of Bankruptcy Procedure, no opposition having been filed with this Court, and good cause
4  appearing,
5      IT IS HEREBY ORDERED
6      That **February 15, 2011** is fixed as the last date for filing proofs of claim.
7
8  ###
9
...

22  DATED: January 10, 2011        */s/ Geraldine Mund*

2

F 9013-3.1

| In re: The Yucca Group, LLC | CHAPTER 11 |
|---|---|
| Debtor. | CASE NUMBER 10-12079-GM |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**1901 Avenue of the Stars, Suite 1700 Los Angeles, CA 90067**

A true and correct copy of the foregoing document described <u>ORDER GRANTING DEBTOR'S MOTION FIXING FEBRUARY 15, 2011 AS THE LAST DATE FOR FILING PROOFS OF CLAIM</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>1/6/2011</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

N/A

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On <u>1/6/2011</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1/6/2011 | Kristen Proctor | /s/Kristen Proctor |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

THIS DOCUMENT PREPARED USING RECYCLED PAPER

F 9013-3.1

| In re: The Yucca Group, LLC | CHAPTER 11 |
|---|---|
| Debtor. | CASE NUMBER 10-12079-GM |

II. **VIA US MAIL**

**UNITED STATES TRUSTEE**
OFFICE OF THE UNITED STATES TRUSTEE
21051 WARNER CENTER LANE, SUITE 115
WOODLAND HILLS, CA 91367

**SECURED CREDITOR**
PEI ASSET POOL III, LLC
ATTN: DARIO DE LUCA
5505 CANCHA DE GOLF
RANCHO SANTA FE, CA 92091

PEI ASSET POOL III, LLC
C/O J. SCOTT BOVITZ, ESQ.
BOVITZ & SPITZER
880 WEST FIRST STREET, STE 502
LOS ANGELES, CA 90012-2430

WEST COAST DOOR & MOULDING
C/O SUSAN SIMMONS SEEMILLER, ESQ.
SPIWAK & IEZZA, LLP
555 MARIN STREET, STE. 140
THOUSAND OAKS, CA 91360

**20 LARGEST CREDITORS**
HARRY D ARENDS
1758 TAFT AVENUE
LOS ANGELES, CA 90028

FORWARD PROGRESS MANAGEMENT
C/O WILLIAM RUVELSON
9300 WILSHIRE BLVD. #330
BEVERLY HILLS, CA 90212

THE HOLLYWOOD CONDOMINIUMS HOA
14766 VENTURA BLVD., 2ND FLOOR
SHERMAN OAKS, CA 91403-3642

FEI N HOLLYWOOD
16027 VENTURA BLVD., STE 503
ENCINO, CA 91436

CONSTRUCTION DOORS & HARDWARE
2363 TELLER RD. # 117
NEWBURY PARK, CA 91320

ULTIMATE CONSTRUCTION
6777 N. PARAMOUNT BLVD.
LONG BEACH, CA 90805

2K PLUMBING & FIRE PROTECTION
7820 BURNET AVENUE #8
VAN NUYS, CA 91405

BROWN, WINFIELD, CANZONERI, ABRAM INC.
300 S. GRAND AVENUE, SUITE 1400
LOS ANGELES, CA 90071-3124

STATE PLASTERING, INC.
16501 VASQUEZ CANYON RD.
CANYON COUNTRY, CA 91351

NATHAN'S GLASS & MIRROR
12750 RAYMER STREET, UNIT 1
NORTH HOLLYWOOD, CA 91605

GUARANTEE DRYWALL
PO BOX 17744
ENCINO, CA 91416

HARLAN'S LANDSCAPING
8860 CORBIN AVE., # 371
NORTHRIDGE, CA 91324

JDM STRUCTURES, INC.
10545 COLLINS ST.
NORTH HOLLYWOOD, CA 91601
(Undeliverable)

5TH GEAR HIGH PERFORMANCE ADVERTISING
8695 WEST WASHINGTON BLVD., STE 206
CULVER CITY, CA 90232
(Undeliverable)

J. SABAG ELECTRIC SERVICES
8768 YOLANDA AVENUE
NORTHRIDGE, CA 91324

HY-MAX BUILDING CORP.
28376 CONSTELLATION
VALENCIA, CA 91355

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

| In re: The Yucca Group, LLC | CHAPTER 11 |
|---|---|
| Debtor. | CASE NUMBER 10-12079-GM |

U.S. INTERACTIVE MEDIA
1201 ALTA LOMA ROAD
LOS ANGELES, CA 90069

JACKSON, DEMARCO, TIDUS, PECKENPAUGH
2030 MAIN STREET, STE 1200
IRVINE, CA 92614

STORMS & LOWE
9841 AIRPORT BLVD.
LOS ANGELES, CA 90045

SULLIVAN CONCRETE TEXTURES
c/o CURTISS D. BONNEVILLE, ESQ.
929 N. GRAND AVENUE
COVINE, CA 91724

**REQUEST FOR SPECIAL NOTICE/
INTERESTED PARTIES**
FORWARD PROGRESS MANAGEMENT
REAL ESTATE INC.
9300 WILSHIRE BLVD., STE 333
BEVERLY HILLS, CA 90212

EAST WEST BANK
C/O DAVID D. PIPER, ESQ.
KEESAL, YOUNG & LOGAN
400 OCEANGATE
P.O. BOX 1730
LONG BEACH, CA 90801-1730

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

F 1017-1.2

| In re: The Yucca Group, LLC | CHAPTER 11 |
|---|---|
| Debtor. | CASE NUMBER 10-12079-GM |

#### NOTE TO USERS OF THIS FORM:

1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) Category I. below: The United States trustee and case trustee (if any) will always be in this category.
4) Category II. below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (specify) _____ ORDER GRANTING DEBTOR'S MOTION PURSUANT TO 11 U.S.C. 363 FOR AUTHORITY TO USE RENTAL REVENUES was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

I. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of____1/6/2011_____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Raymond H Aver          ray@averlaw.com
- J Scott Bovitz          bovitz@bovitz-spitzer.com
- Paul M Brent            snb300@aol.com
- Philip D Dapeer         PhilipDapeer@AOL.com
- Brian L Davidoff        bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
- Jerome Bennett Friedman jfriedman@jbflawfirm.com, cdonoyan@jbflawfirm.com;jmartinez@jbflawfirm.com
- Brian T Harvey          bharvey@buchalter.com, IFS_filing@buchalter.com
- Nicolino I Iezza        niezza@spiwakandiezza.com
- David Doss Piper        david.piper@kyl.com, karen.stone@kyl.com
- S Margaux Ross          margaux.ross@usdoj.gov
- Anthony J Rothman       anthony@arothmanlaw.com
- David Seror             dseror@ecjlaw.com
- Claire Shin             cshin@rutterhobbs.com, jreinglass@rutterhobbs.com
- United States Trustee (SV)  ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

The Yucca Group, LLC, Debtor
6735 Yucca Street, Unit 109
Los Angeles, CA 90028

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 1017-1.2
THIS DOCUMENT PREPARED USING RECYCLED PAPER

F 1017-1.2

| In re: The Yucca Group, LLC | CHAPTER 11 |
|---|---|
| Debtor. | CASE NUMBER 10-12079-GM |

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

<u>VIA US MAIL</u>

OFFICE OF THE UNITED STATES TRUSTEE
21051 WARNER CENTER LANE, SUITE 115
WOODLAND HILLS, CA 91367

CAROL RUIZ
389 PALOS VERDES BLVD., APT 14
REDONDO BEACH, CA 90277

2K PLUMBING & FIRE PROTECTION
7820 BURNET AVENUE #8
VAN NUYS, CA 91405

5TH GEAR HIGH PERFORMANCE ADVERTISING
8695 WEST WASHINGTON BLVD., STE 206
CULVER CITY, CA 90232
(Undeliverable)

A. SHARON COMPANY
22287 MULLHOLLAND HWY # 254
CALABASAS.CA 91302

AARON SUEN
6735 YUCCA STREET #105
LOS ANGELES, CA 90028

AIR COND & HEATING MECH MASTERS
9018 BALBOA BLVD., SUITE 578
NORTHRIDGE, CA 91325

ALEX & TARYN LYNN BAND
14980 AMSO STREET
POWAY.CA 92064

ALEX MAX BAND & TARYN LYNN BAND
6735 YUCCA STREET #211
LOS ANGELES, CA 90028
(Undeliverable)

ALEXANDRU STROIA
6735 YUCCA STREET #507
LOS ANGELES, CA 90028
(Undeliverable)

AMNON MIZRAHI.CPA
16255 VENTURA BLVD. # 700
ENCINO, CA 91364

ANDRE LEMMERS
6735 YUCCA STREET #303
LOS ANGELES, CA 90028

AVISHAY WEINBERG
20501 VENTURA BLVD., SUITE 130
WOODLAND HILLS, CA 91364

BRAD BENSON & JOSEPH BARSOTTI
6735 YUCCA STREET #402
LOS ANGELES, CA 90028

BROWN, WINFIELD, CANZONERI, ABRAM INC.
300 S. GRAND AVENUE, SUITE 1400
LOS ANGELES, CA 90071-3124

CALEB GARRETT & BENJAMIN CHEN
6735 YUCCA STREET #309
LOS ANGELES, CA 90028

CHARLES RANSOM
6735 YUCCA STREET #405
LOSANGELES, CA 90028
(Undeliverable)

CITY OF LOS ANGELES
P.O. BOX 513996
LOS ANGELES, CA 90051

CONSTRUCTION DOORS & HARDWARE
2363 TELLER RD. #117
NEWBURY PARK, CA 91320

CRAIG CHAPMAN & ELIZABETH DIPRINZIO
6735 YUCCA STREET #201
LOS ANGELES, CA 90028

DESIGNER KITCHENS
23010 VENTURA BLVD.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

F 1017-1.2

THIS DOCUMENT PREPARED USING RECYCLED PAPER

| In re: The Yucca Group, LLC | CHAPTER 11 |
|---|---|
| Debtor. | CASE NUMBER 10-12079-GM |

WOODLAND HILLS, CA 91364

DOUGLAS DYAKON & CASEY KRAMER
6735 YUCCA STREET #308
LOS ANGELES, CA 90028

DREW POTTON & ADAM FREWER
6735 YUCCA STREET #205
LOS ANGELES, CA 90028

EAST WEST BANK
135 N. LOS ROBLES AVE., 7TH FLOOR
PASADENA, CA 91101

ELAINE COLVARHO & MARIA CALVARHO
6735 YUCCA STREET #510
LOS ANGELES, CA 90028

ELISENEAL
6735 YUCCA STREET #404
LOS ANGELES, CA 90028

ERNESTO DIAZ
6735 YUCCA STREET #206
LOS ANGELES, CA 90028
(Undeliverable)

FABIAN MILLER
6735 YUCCA STREET #406
LOS ANGELES, CA 90028

FEIN HOLLYWOOD
16027 VENTURA BLVD., STE 503
ENCINO, CA 91436

FIDELITY NATIONAL TITLE
135 MAIN STREET, SUITE 1900
SAN FRANCISCO, CA 94105

FORWARD PROGRESS MANAGEMENT
C/O WILLIAM RUVELSON
9300 WILSHIRE BLVD. #330
BEVERLY HILLS, CA 90212

GABRIEL TAUBER
20501 VENTURA BLVD., SUITE 130
WOODLAND HILLS, CA 91364

GARY MOTYKIE
8640 SKYLINE DRIVE

LOS ANGELES, CA 90046

GUARANTEE DRYWALL
PO BOX 17744
ENCINO, CA 91416

HARLAN'S LANDSCAPING
8860 CORBIN AVE., #371
NORTHRIDGE, CA 91324

HARRY D. ARENDS
1758 TAFT AVENUE
LOS ANGELES, CA 90028

HIGHLIGHTS
12940 CHIPPEWA STREET
SYLMAR, CA 91352

HY-MAX BUILDING CORP.
28376 CONSTELLATION RD.
VALENCIA, CA 91355

INFINITY FIRE PROTECTION
6420 COLDWATER CANYON AVENUE
NORTH HOLLYWOOD, CA 91606

ISAACS IRON WORKS
7373 ATOLL AVENUE
NORTH HOLLYWOOD, CA 91605

INTERNAL REVENUE SERVICE
INSOLVENCY GROUP 6
300 NORTH LOS ANGELES ST, M/S 5022
LOS ANGELES, CA 90012

J. SABAG ELECTRIC SERVICES
8768 YOLANDA AVENUE
NORTHRIDGE, CA 91324

JACKIE GABBINDUER
6735 YUCCA STREET #311
LOS ANGELES, CA 90028

JACKSON, DEMARCO, TIDUS, PECKENPAUG
2030 MAIN STREET, STE 1200
IRVINE, CA 92614

JAMES COURTNEY
6735 YUCCA STREET #408
LOS ANGELES, CA 90028

JDM STRUCTURES, INC.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 1017-1.2

THIS DOCUMENT PREPARED USING RECYCLED PAPER

| In re: The Yucca Group, LLC | CHAPTER 11 |
|---|---|
| Debtor. | CASE NUMBER 10-12079-GM |

10545 COLLINS ST.
NORTH HOLLYWOOD, CA 91601
(Undeliverable)

JEFFREY WIDMAN & THATCHANOK WIDMAN
6735 YUCCA STREET #407
LOS ANGELES, CA 90028

JENNA MENKING
6735 YUCCA STREET #209
LOS ANGELES, CA 90028

JU MAR CORP. DBA 1ST CLASS PARKING
P.O. BOX 16325
BEVERLY HILLS, CA 90209

KANNER ARCHITECTS, INC.
1558 10TH STREET
SANTA MONICA, CA 90401

KERSTIN AHLSTROM
6735 YUCCA STREET #503
LOS ANGELES, CA 90028
(Undeliverable)

KIMLEY-HORN & ASSOCIATES, INC.
P.O. BOX 79063
CITY OF INDUSTRY, CA 91716-9063

LAW OFFICES OF FREDRICK H. STERN
16830 VENTURA BLVD., SUITE 500
ENCINO, CA 91436

LAW OFFICES OF NEIL SUNKIN
22908 GERSHWIN DRIVE
WOODLAND HILLS, CA 91364

LEDERER & NOJIMA, LLP
12400 WILSHIRE BLVD., SUITE 820
LOS ANGELES, CA 90025

LOS ANGELES COUNTY TAX COLLECTOR
P.O. BOX 54027
LOS ANGELES, CA 90054

LOS ANGELES COUNTY TAX COLLECTOR
P.O. BOX 54018
LOS ANGELES, CA 90054

LOS ANGELES COUNTY TAX COLLECTOR

P.O. BOX 54088
LOS ANGELES, CA 90054

LUIS HUNT & ALLAN STEELE
6735 YUCCA STREET #307
LOS ANGELES, CA 90028

MAIN STREET BANK
23970 US HIGHWAY 59N
KINGWOOD, TX 77339

MARK J. FORSTER
6735 YUCCA STREET #305
LOS ANGELES, CA 90028
(Undeliverable)

MARLEON INC. DBA HANLEYS WELDING
3202 W ROSECRANS AVE
HAWTHORNE, CA 90250

MARY CHARLENE YOUNG
6735 YUCCA STREET #304
LOS ANGELES, CA 90028

MATTSINNREICH
6735 YUCCA STREET #102
LOS ANGELES, CA 90028

MEL KIMMAN
20501 VENTURA BLVD., SUITE 130
WOODLAND HILLS, CA 91364

MIHAELA GRECU & LIANA TODOR
6735 YUCCA STREET #109
LOS ANGELES, CA 90028

MOVE RENTAL DIVISION
P.O. BOX 4455
SCOTTSDALE, AZ 85261-4455
NATHAN'S GLASS & MIRROR
12750 RAYMER STREET, UNIT 1
NORTH HOLLYWOOD, CA 91605

NORAH BRENNAN & DAVID BOCTOR
6735 YUCCA STREET #208
LOS ANGELES, CA 90028

ODED ZILBERBERG & MEITAL BRAHA
6735 YUCCA STREET #204
LOS ANGELES, CA 90028
PEACHTREE BUSINESS PRODUCTS
P.O. BOX 13290

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 1017-1.2

THIS DOCUMENT PREPARED USING RECYCLED PAPER

Case 1:10-bk-12079-GM    Doc 187    Filed 01/10/11    Entered 01/10/11 15:29:27    Desc
Case 1:10-bk-12079-GM    Doc 216    Filed 03/31/11    Entered 03/31/11 14:16:26    Desc
Main Document    Page 10 of 18
Main Document    Page 15 of 18

F 1017-1.2

| In re: The Yucca Group, LLC | CHAPTER 11 |
|---|---|
| Debtor. | CASE NUMBER 10-12079-GM |

ATLANTA, GA 30324

PLANET ONLINE
20501 VENTURA BLVD., SUITE 148
WOODLAND HILLS, CA 91364

PURCHASING SOLUTION INC.
1474 BEVERWIL DR.
LOS ANGELES, CA 90035

REBECCA BENNETT & SEBASTIAN GUILLERMO
6735 YUCCA STREET #202
LOS ANGELES, CA 90028

RICK SPIELBERG & DIANE REMENTERIA
6735 YUCCA STREET #506
LOS ANGELES, CA 90028

RICKY BRASCOM
6735 YUCCA STREET #211
LOS ANGELES, CA 90028

RYAN BLAIR & KASSIE HEAD
6735 YUCCA STREET #511
LOS ANGELES, CA 90028

STATE PLASTERING, INC.
16501 VASQUEZ CANYON RD.
CANYON COUNTRY, CA 91351

STORMS & LOWE
9841 AIRPORT BLVD.
LOS ANGELES, CA 90045

SULLIVAN CONCRETE TEXTURES
333 MORNING STAR LANE
NEWPORT BEACH, CA 92550

SULLIVAN CONCRETE TEXTURES
C/O CURTISS D. BONNEVILLE, ESQ.
929 N. GRAND AVENUE
COVINE.CA 91724

SUNSTATE EQUIPMENT CO.
PO BOX 52581
PHOENIX, AZ 75072-3581

THE HOLLYWOOD CONDOMINIUMS
HOA

14766 VENTURA BLVD., 2ND FLOOR
SHERMAN OAKS, CA 91403-3642

TODD SHAW
6735 YUCCA STREET #306
LOS ANGELES, CA 90028

U S. INTERACTIVE MEDIA
1201 ALTA LOMA ROAD
LOS ANGELES, CA 90066

ULTIMATE CONSTRUCTION
6777 N. PARAMOUNT BLVD.
LONG BEACH, CA 90805

VAN DIJK & ASSOCIATES, INC.
8 HAMMOND, SUITE G
IRVINE, CA 92618

WALTER SOLALA & TROY DONNELL
6735 YUCCA STREET #203
LOS ANGELES, CA 90028

WILLIAM HTUN
6735 YUCCA STREET #411
LOS ANGELES, CA 90028

WITHERS & SANDGREN LTD.
PO BOX 276
MONTROSE, CA 91021

YVONNE KIMMAN
20501 VENTURA BLVD., SUITE 130
WOODLAND HILLS, CA 913

LOS ANGELES OFFICE OF THE CITY ATTORNEY
ATTN: WENDY A. LOO, ESQ.
200 NORTH MAIN STREET, SUITE 920
LOS ANGELES, CA 90012

PEI ASSET POOL III, LLC
ATTN: DARIO DE LUCA
5505 CANCHA DE GOLF
RANCHO SANTA FE, CA 92091

J. SCOTT BOVITZ, ESQ.
BOVITZ & SPITZER
880 WEST FIRST STREET, STE 502
LOS ANGELES, CA 90012-2430

WEST COAST DOOR & MOULDING

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 1017-1.2

THIS DOCUMENT PREPARED USING RECYCLED PAPER

Case 1:10-bk-12079-GM    Doc 187    Filed 01/10/11    Entered 01/10/11 15:29:27    Desc
Case 1:10-bk-12079-GM    Doc 216    Filed 03/31/11    Entered 03/31/11 14:16:26    Desc
Main Document    Page 11 of 11
Main Document    Page 16 of 18

F 1017-1.2

| In re: The Yucca Group, LLC | CHAPTER 11 |
|---|---|
| Debtor. | CASE NUMBER 10-12079-GM |

c/o SUSAN SIMMONS SEEMILLER, ESQ.
SPIWAK & IEZZA, LLP
555 MARIN STREET, STE. 140
THOUSAND OAKS, CA 91360

**REQUEST FOR SPECIAL NOTICE/
INTERESTED PARTIES**

FORWARD PROGRESS MANAGEMENT
REAL ESTATE INC.
9300 WILSHIRE BLVD., STE 333
BEVERLY HILLS, CA 90212

EAST WEST BANK
C/O DAVID D. PIPER, ESQ.
KESSAL, YOUNG & LOGAN
400 OCEANGATE
P.O. BOX 1730
LONG BEACH, CA 90801-1730

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 1017-1.2

THIS DOCUMENT PREPARED USING RECYCLED PAPER

| In re:   The Yucca Group, LLC | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 10-12079-GM |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1901 Avenue of the Stars, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as __Debtor's Objection to Payment of Claim No. 14 by Storms and Lowe Associates.__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ___3/31/2011___ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒   Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On ___3/31/2011___ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Geraldine Mund (VIA US MAIL)
United States Bankruptcy Court
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

☒   Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I will serve the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/31/2011 | Kristen Proctor | /s/ Kristen Proctor |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                     F 9013-3.1

| In re:   The Yucca Group, LLC | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 10-12079-GM |

### I. BY COURT VIA NEF

- Raymond H Aver — ray@averlaw.com
- J Scott Bovitz — bovitz@bovitz-spitzer.com
- Paul M Brent — snb300@aol.com
- Philip D Dapeer — PhilipDapeer@AOL.com
- Brian L Davidoff — bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
- Jerome Bennett Friedman — jfriedman@jbflawfirm.com, cdonoyan@jbflawfirm.com;jmartinez@jbflawfirm.com
- Brian T Harvey — bharvey@buchalter.com, IFS_filing@buchalter.com
- Nicolino I Iezza — niezza@spiwakandiezza.com
- David Doss Piper — david.piper@kyl.com, karen.stone@kyl.com
- S Margaux Ross — margaux.ross@usdoj.gov
- Anthony J Rothman — anthony@arothmanlaw.com
- David Seror — dseror@ecjlaw.com
- Claire Shin — cshin@rutterhobbs.com, jreinglass@rutterhobbs.com
- United States Trustee (SV) — ustpregion16.wh.ecf@usdoj.gov

### II. VIA U.S. MAIL

**UNITED STATES TRUSTEE**
OFFICE OF THE UNITED STATES TRUSTEE
21051 WARNER CENTER LANE, SUITE 115
WOODLAND HILLS, CA 91367

**CLAIMANT**
STORMS AND LOWE ASSOCIATES
9841 AIRPORT BLVD., STE 150
LOS ANGELES, CA 90045

**REQUEST FOR SPECIAL NOTICE/
INTERESTED PARTIES**
FORWARD PROGRESS MANAGEMENT
REAL ESTATE INC.
9300 WILSHIRE BLVD., STE 333
BEVERLY HILLS, CA 90212

EAST WEST BANK
C/O DAVID D. PIPER, ESQ.
KEESAL, YOUNG & LOGAN
400 OCEANGATE
P.O. BOX 1730
LONG BEACH, CA 90801-1730

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1