1  J. BENNETT FRIEDMAN, ESQ., State Bar No. 147056
        *jfriedman@jbflawfirm.com*

2  FRIEDMAN LAW GROUP, P.C.
   1901 Avenue of the Stars, Suite 1700
3  Los Angeles, California 90067
   Telephone: (310) 552-8210
4  Facsimile: (310) 733-5442

5
   Attorneys for Debtor and Debtor in Possession
6  THE YUCCA GROUP, LLC

7
                    UNITED STATES BANKRUPTCY COURT
8
                    CENTRAL DISTRICT OF CALIFORNIA
9

10
11 In re                          ) CASE NO.  10-12079-GM
                                   )
12 THE YUCCA GROUP, LLC            ) Chapter 11
                                   )
13        Debtor and Debtor in Possession. )
                                   )
14                                 ) MOTION FOR ORDER DISALLOWING
                                   ) CLAIM NO. 15 BY GARY MOTYKIE;
15                                 ) DECLARATION OF MEL KIMMAN
                                   )
16                                 )
                                   )
17                                 ) Date:     June 21, 2011
                                   ) Time:     10:00 a.m.
18                                 ) Ctrm:     303
                                   )           21041 Burbank Blvd.
19 _____)           Woodland Hills, CA 91367

20
21     TO LISTED CLAIMANT, OFFICE OF THE UNITED STATES TRUSTEE, AND ALL

22 INTERESTED PARTIES:

23     NOTICE IS HEREBY GIVEN that THE YUCCA GROUP, LLC ("Debtor"), by and

24 through its attorney of record, hereby files an Objection to Payment of Claim No. 15 by Gary

25 Motykie according to Bankruptcy Rule 3007.

26 ///

27 ///
                                      1
28

| | | |
|---|---|---|
| 1 | **CLAIM NO.:** | 15 |
| 2 | **CREDITOR:** | Gary Motykie |
| 3 | | 8640 Skyline Drive |
| 4 | | Los Angeles, CA 90046 |
| 5 | **CLAIM AMOUNT:** | $68,750.00 |
| 6 | **BASIS FOR OBJECTION:** | |

7    1.  Claim No. 15 Was Late Filed and Should be Disallowed

8         On January 10, 2011, the Court entered an Order establishing February 15, 2011 as the

9    Claims Bar Date ("Bar Date").  Based on the Order, all claims were required to be filed no later

10   than February 15, 2011.  As such, creditors who had yet to file a claim in this case, which was

11   initially filed on February 24, 2010, had over one month to prepare and file their respective proofs

12   of claim.  A true and correct copy of the Order Granting the Debtor's Motion Fixing February 15,

13   2011 as the Last Day for Filing Proofs of Claim is attached hereto as Exhibit "1."

14        Further, Rule 3003(b)(1) of the Federal Rules of Bankruptcy Procedure ("FRBP") states as

15   follows:

16        "The schedule of liabilities filed pursuant to § 521(1) of the Bankruptcy Code shall

17        constitute prima facie evidence of the validity and amount of the claims of creditors,

18        *unless they are scheduled as disputed, contingent, or unliquidated.*" [Emphasis Added].

19        Rule 3003(c)(1-3) of the FRBP elaborate on who may file a claim, who must file a claim,

20   and when a claim must be filed.  Specifically, Rule 3003(c)(3) states that:

21        "The court shall fix and for cause shown may extend the time within which proofs of claim

22        or interest may be filed.  Notwithstanding the expiration of such time, a proof of claim may

23        be filed to the extent and under the conditions stated in Rule 3002(c)(2), (c)(3), (c)(4), and

24        (c)(6)."

25        Bar dates for filing proofs of claim in Chapter 11 case are likened to statutes of limitations

26   which must be strictly observed.  *In re Macmillan, Inc.*, Bkrtcy.S.D.N.Y.1995, 186 B.R. 35.

27   Creditor or equity security holder whose claim or interest is not scheduled or *is scheduled as*

28                                                        2   THIS DOCUMENT PREPARED USING RECYCLED PAPER

1   *disputed, contingent, or unliquidated*, shall file proof of claim against Chapter 11 debtor within

2   time prescribed for such filing.   *In re Laclede Cab Co.*, Bkrtcy.E.D.Mo.1995, 186 B.R. 688.

3   Holders of disputed and unliquidated claims who fail to file timely Proofs of Claim are not

4   deemed to have claims against Chapter 11 estate, and consequently, are *not entitled to receive*

5   *distribution under reorganization plan.*   *In re NutriBevco, Inc.*, Bkrtcy.S.D.N.Y.1990, 117 B.R.

6   771.

7           Pursuant to the Order Fixing the Bar Date, the Office of the United States Trustee,

8   Secured Creditors, and all unsecured Creditors were served with the Order Fixing Bar Date.

9   Included on the service list was Gary Motykie.  Despite being served with the Order Fixing the

10  Bar Date for February 15, 2011, Gary Motykie did not file a Proof of Claim ("Claim 15") until

11  May 13, 2011, eighty-seven (87) days after the Bar Date.  A true and correct copy of Claim 15 is

12  attached hereto as Exhibit "2" and is identified on the claims register as claim fifteen (15).

13          Although in some instances Court's will ultimately allow late filed proofs of claim,

14  requests for extension to file late proofs of claim are strictly scrutinized according to discretion of

15  bankruptcy court and must usually be filed prior to the expiration of the bar date.   *In re Drexel*

16  *Burnham Lambert Group Inc.*, Bkrtcy.S.D.N.Y.1993, 151 B.R. 674.  Moreover, the Creditor

17  seeking to file a late filed Proof of Claim must demonstrate cause to extend the bar date.

18  However, a motion for extension of time for filing amendment to proof of claim, filed after

19  expiration of bar date, will be granted only upon showing of excusable neglect.   *In re C.P.M.*

20  *Const.*, Bkrtcy.D.N.M.1991, 124 B.R. 335.

21          In the present case, not only has Gary Motykie filed Claim 15 late, but he failed to file a

22  motion seeking to extend the Bar Date either prior to the bar date or after the bar date

23  demonstrating any showing of excusable neglect.

24          Gary Motykie was provided notice of the Bar Date and failed to comply with the Court's

25  Order by timely filing a Proof of Claim.

26  ///

27  ///

28                                                      3   THIS DOCUMENT PREPARED USING RECYCLED PAPER

1    2.  Claim No. 15 is Duplicative of a Claim the Debtor Has Already Objected to and the

2        Court Has Disallowed

3        Based on the failure of Gary Motykie to timely file a Proof of Claim before the Bar Date,

4    on March 31, 2011, the Debtor filed an Objection to the payment of claim of Gary Motykie in the

5    amount of $68,750.00, listed as disputed in the Debtor's schedules (the "Objection"), and set the

6    Objection for hearing.  No response to the Objection was filed.  A true and correct copy of the

7    Debtor's Objection to Payment of Claim of Gary Motykie is attached hereto as Exhibit "3."

8        The Objection was heard before the Honorable Geraldine Mund on May 3, 2011 at 10:00

9    a.m. in the above-entitled Court.  No appearance was made by Gary Motykie.  As such, the Court

10   sustained the Debtor's Objection and on May 6, 2011, the Court granted an Order amending the

11   claim of Gary Motykie from $68,750.00 to $0.00.  A true and correct copy of the Order re

12   Objection to the Claim of Gary Motykie (the "Order") is attached hereto as Exhibit "4."

13       On May 13, 2011, Gary Motykie filed Claim 15 in the amount of $68,750.00.  Claim 15 is

14   duplicative of the claim that was originally objected to by the Debtor and has already been

15   disallowed and amended to $0.00 pursuant to the Order.

16   3.  Notice was Timely and Proper

17       Pursuant to FRBP 2002 and LBR 3007-1(b), Gary Motykie was timely and properly

18   served with the Order establishing February 15, 2011 as the Claims Bar Date, the Objection and

19   the Order re Objection to the Claim of Gary Motykie at the same address listed by Gary Motykie

20   on Claim 15 (8640 Skyline Drive, Los Angeles, California 90046).

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28                                                    4    THIS DOCUMENT PREPARED USING RECYCLED PAPER

1    Based on the foregoing, the Debtor respectfully requests that the Court disallow, in its

2    entirety, Claim 15 filed by Gary Motykie and deny him any right to a distribution.

3

4    DATED: May 17, 2011·                    FRIEDMAN LAW GROUP, P.C.

5

6

7                                            By:
                                                J. BENNETT FRIEDMAN, ESQ.
8                                            Attorneys for Debtor in Possession,
                                             THE YUCCA GROUP, LLC
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                             5    THIS DOCUMENT PREPARED USING RECYCLED PAPER

## DECLARATION OF MEL KIMMAN

1

2    I, MEL KIMMAN, declare as follows:

3        1.        I am the managing member of the Debtor and Debtor in Possession, The YUCCA

4    GROUP, LLC ("Debtor") and I am authorized to make this declaration on behalf of the Debtor in

5    support of its Motion for Order Disallowing Claim No. 15 by Gary Motykie (the "Motion").

6    Unless otherwise indicated, I have personal knowledge of the facts attested to herein, and if called

7    upon as a witness, could competently testify thereto.

8        2.        On January 10, 2011, the Court entered an Order establishing February 15, 2011 as

9    the claims bar date (the "Bar Date Order"). A true and correct of the Bar Date Order is attached

10   hereto as Exhibit "1." Gary Motykie was properly served with the Bar Date Order.

11       3.        Based on failure to file a Proof of Claim, on March 31, 2011, the Debtor filed an

12   Objection to the payment of claim of Gary Motykie in the amount of $68,750.00, listed as

13   disputed in the Debtor's schedules (the "Objection"). A true and correct copy of the Objection is

14   attached hereto as Exhibit "3." Gary Motykie was properly served with the Objection.

15       4.        On May 6, 2011, the Court entered an Order sustaining the Debtor's Objection and

16   amending Gary Motykie's claim from $68,750.00 to $0.00 (the "Order"). A true and correct copy

17   of the Order is attached hereto as Exhibit "4." Gary Motykie was properly served with the Order.

18       5.        On May 13, 2011, Gary Motykie late filed a claim in the amount of $68,750.00 and

19   is identified on the claims register as claim fifteen ("Claim 15"). A true and correct copy of Claim

20   15 is attached hereto as Exhibit "2."

21       6.        I declare under penalty of perjury that the foregoing is true and correct and that this

22   declaration was executed this _18_ day of May, 2011, at Venice, California.

23

24

25                                    MEL KIMMAN, Declarant

26

27

28                                    6   THIS DOCUMENT PREPARED USING RECYCLED PAPER

**EXHIBIT 1**

1  J. BENNETT FRIEDMAN, ESQ., State Bar No. 147056
   *jfriedman@jbflawfirm.com*
2  CASEY Z. DONOYAN, State Bar No. 224945
   *cdonoyan@jbflawfirm.com*

3  FRIEDMAN LAW GROUP
   1901 Avenue of the Stars, Suite 1700
4  Los Angeles, CA 90067
   Telephone: (310) 552-8210
5  Facsimile: (310) 733-5442

6

7  Attorneys for Debtor and Debtor in Possession
   THE YUCCA GROUP, LLC
8

9

10                 UNITED STATES BANKRUPTCY COURT

11                 CENTRAL DISTRICT OF CALIFORNIA

12

13  In re                          ) CASE NO. 1:10-bk-12079-GM
                                    )
14                                  ) Chapter 11
                                    )
15  THE YUCCA GROUP, LLC            )
                                    ) ORDER GRANTING DEBTOR'S
16                                  ) MOTION FIXING FEBRUARY 15, 2011
                                    ) AS THE LAST DATE FOR FILING
17          Debtor and Debtor in Possession.  ) PROOFS OF CLAIM
                                    )
18  ─────────────────────────────  ) [No Hearing Required]

19

20

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27

28                                  1

FILED & ENTERED

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY holbert    DEPUTY CLERK

1      Having reviewed the Debtor's Notice of Motion and Motion for Order Fixing Last Date for

2  Filing Proofs of Claim, determining notice was appropriate under Rule 2002 of the Federal Rules

3  of Bankruptcy Procedure, no opposition having been filed with this Court, and good cause

4  appearing,

5      IT IS HEREBY ORDERED

6      That **February 15, 2011** is fixed as the last date for filing proofs of claim.

7

8  ###

9

10

11

12

13

14

15

16

17

18

19

20

21

22  DATED: January 10, 2011

23

24

25

26

27

28

2

F 9013-3.1

| In re:  The Yucca Group, LLC | CHAPTER    11 |
|---|---|
| Debtor. | CASE NUMBER  10-12079-GM |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**1901 Avenue of the Stars, Suite 1700 Los Angeles, CA 90067**

A true and correct copy of the foregoing document described  <u>ORDER GRANTING DEBTOR'S MOTION FIXING FEBRUARY 15, 2011 AS THE LAST DATE FOR FILING PROOFS OF CLAIM</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On ____1/6/2011____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

N/A

☐    Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On_____1/6/2011_____I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☒    Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____I    served    the    following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1/6/2011 | Kristen Proctor | /s/Kristen Proctor |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 9013-3.1

THIS DOCUMENT PREPARED USING RECYCLED PAPER

F 9013-3.1

| In re: The Yucca Group, LLC | CHAPTER   11 |
|---|---|
| Debtor. | CASE NUMBER  10-12079-GM |

## II.    VIA US MAIL

**UNITED STATES TRUSTEE**
OFFICE OF THE UNITED STATES TRUSTEE
21051 WARNER CENTER LANE, SUITE 115
WOODLAND HILLS, CA 91367

**SECURED CREDITOR**
PEI ASSET POOL III, LLC
ATTN: DARIO DE LUCA
5505 CANCHA DE GOLF
RANCHO SANTA FE, CA 92091

PEI ASSET POOL III, LLC
C/O J. SCOTT BOVITZ, ESQ.
BOVITZ & SPITZER
880 WEST FIRST STREET, STE 502
LOS ANGELES, CA 90012-2430

WEST COAST DOOR & MOULDING
C/O SUSAN SIMMONS SEEMILLER, ESQ.
SPIWAK & IEZZA, LLP
555 MARIN STREET, STE. 140
THOUSAND OAKS, CA 91360

**20 LARGEST CREDITORS**
HARRY D ARENDS
1758 TAFT AVENUE
LOS ANGELES, CA 90028

FORWARD PROGRESS MANAGEMENT
C/O WILLIAM RUVELSON
9300 WILSHIRE BLVD. #330
BEVERLY HILLS, CA 90212

THE HOLLYWOOD CONDOMINIUMS HOA
14766 VENTURA BLVD., 2ND FLOOR
SHERMAN OAKS, CA 91403-3642

FEI N HOLLYWOOD
16027 VENTURA BLVD.,STE 503
ENCINO, CA 91436

CONSTRUCTION DOORS & HARDWARE
2363 TELLER RD. # 117
NEWBURY PARK, CA 91320

ULTIMATE CONSTRUCTION
6777 N. PARAMOUNT BLVD.
LONG BEACH, CA 90805

2K PLUMBING & FIRE PROTECTION
7820 BURNET AVENUE #8
VAN NUYS, CA 91405

BROWN, WINFIELD, CANZONERI, ABRAM INC.
300 S. GRAND AVENUE, SUITE 1400
LOS ANGELES, CA 90071-3124

STATE PLASTERING, INC.
16501 VASQUEZ CANYON RD.
CANYON COUNTRY, CA 91351

NATHAN'S GLASS & MIRROR
12750 RAYMER STREET, UNIT 1
NORTH HOLLYWOOD, CA 91605

GUARANTEE DRYWALL
PO BOX 17744
ENCINO, CA 91416

HARLAN'S LANDSCAPING
8860 CORBIN AVE., # 371
NORTHRIDGE, CA 91324

JDM STRUCTURES, INC.
10545 COLLINS ST.
NORTH HOLLYWOOD, CA 91601
(Undeliverable)

5TH GEAR HIGH PERFORMANCE ADVERTISING
8695 WEST WASHINGTON BLVD., STE 206
CULVER CITY, CA 90232
 (Undeliverable)

J. SABAG ELECTRIC SERVICES
8768 YOLANDA AVENUE
NORTHRIDGE, CA 91324

HY-MAX BUILDING CORP.
28376 CONSTELLATION
VALENCIA, CA 91355

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-3.1**

F 9013-3.1

| In re: The Yucca Group, LLC | | CHAPTER   11 |
|---|---|---|
| | Debtor. | CASE NUMBER  10-12079-GM |

U.S. INTERACTIVE MEDIA
1201 ALTA LOMA ROAD
LOS ANGELES, CA 90069

JACKSON, DEMARCO, TIDUS, PECKENPAUGH
2030 MAIN STREET, STE 1200
IRVINE, CA 92614

STORMS & LOWE
9841 AIRPORT BLVD.
LOS ANGELES, CA 90045

SULLIVAN CONCRETE TEXTURES
c/o CURTISS D. BONNEVILLE, ESQ.
929 N. GRAND AVENUE
COVINE, CA 91724

**REQUEST FOR SPECIAL NOTICE/
INTERESTED PARTIES**
FORWARD PROGRESS MANAGEMENT
REAL ESTATE INC.
9300 WILSHIRE BLVD., STE 333
BEVERLY HILLS, CA 90212

EAST WEST BANK
C/O DAVID D. PIPER, ESQ.
KEESAL, YOUNG & LOGAN
400 OCEANGATE
P.O. BOX 1730
LONG BEACH, CA 90801-1730

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                          F 9013-3.1

F 1017-1.2

| In re: The Yucca Group, LLC | CHAPTER   11 |
|---|---|
| Debtor. | CASE NUMBER  10-12079-GM |

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief.  <u>DO NOT</u> list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*)_____ORDER GRANTING DEBTOR'S MOTION PURSUANT TO 11 U.S.C. 363 FOR AUTHORITY TO USE RENTAL REVENUES was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**  Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of_____1/6/2011_____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Raymond H Aver         ray@averlaw.com
- J Scott Bovitz         bovitz@bovitz-spitzer.com
- Paul M Brent         snb300@aol.com
- Philip D Dapeer         PhilipDapeer@AOL.com
- Brian L Davidoff         bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
- Jerome Bennett Friedman         jfriedman@jbflawfirm.com, cdonoyan@jbflawfirm.com;jmartinez@jbflawfirm.com
- Brian T Harvey         bharvey@buchalter.com, IFS_filing@buchalter.com
- Nicolino I Iezza         niezza@spiwakandiezza.com
- David Doss Piper         david.piper@kyl.com, karen.stone@kyl.com
- S Margaux Ross         margaux.ross@usdoj.gov
- Anthony J Rothman         anthony@arothmanlaw.com
- David Seror         dseror@ecjlaw.com
- Claire Shin         cshin@rutterhobbs.com, jreinglass@rutterhobbs.com
- United States Trustee (SV)         ustpregion16.wh.ecf@usdoj.gov

☐  Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

The Yucca Group, LLC, Debtor
6735 Yucca Street, Unit 109
Los Angeles, CA 90028

☐  Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

F 1017-1.2
THIS DOCUMENT PREPARED USING RECYCLED PAPER

F 1017-1.2

| In re: The Yucca Group, LLC | CHAPTER 11 |
|---|---|
| Debtor. | CASE NUMBER 10-12079-GM |

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒   Service information continued on attached page

<u>VIA US MAIL</u>

OFFICE OF THE UNITED STATES TRUSTEE
21051 WARNER CENTER LANE, SUITE 115
WOODLAND HILLS, CA 91367

CAROL RUIZ
389 PALOS VERDES BLVD., APT 14
REDONDO BEACH, CA 90277

2K PLUMBING & FIRE PROTECTION
7820 BURNET AVENUE #8
VAN NUYS, CA 91405

5TH GEAR HIGH PERFORMANCE ADVERTISING
8695 WEST WASHINGTON BLVD., STE 206
CULVER CITY, CA 90232
(Undeliverable)

A. SHARON COMPANY
22287 MULLHOLLAND HWY # 254
CALABASAS.CA 91302

AARON SUEN
6735 YUCCA STREET #105
LOS ANGELES, CA 90028

AIR COND & HEATING MECH MASTERS
9018 BALBOA BLVD., SUITE 578
NORTHRIDGE, CA 91325

ALEX & TARYN LYNN BAND
14980 AMSO STREET
POWAY.CA 92064

ALEX MAX BAND & TARYN LYNN BAND
6735 YUCCA STREET #211
LOS ANGELES, CA 90028
(Undeliverable)

ALEXANDRU STROIA
6735 YUCCA STREET #507
LOS ANGELES, CA 90028
(Undeliverable)

AMNON MIZRAHI.CPA
16255 VENTURA BLVD. # 700
ENCINO, CA 91364

ANDRE LEMMERS
6735 YUCCA STREET #303
LOS ANGELES, CA 90028

AVISHAY WEINBERG
20501 VENTURA BLVD., SUITE 130
WOODLAND HILLS, CA 91364

BRAD BENSON & JOSEPH BARSOTTI
6735 YUCCA STREET #402
LOS ANGELES, CA 90028

BROWN, WINFIELD, CANZONERI, ABRAM INC.
300 S. GRAND AVENUE, SUITE 1400
LOS ANGELES, CA 90071-3124

CALEB GARRETT & BENJAMIN CHEN
6735 YUCCA STREET #309
LOS ANGELES, CA 90028

CHARLES RANSOM
6735 YUCCA STREET #405
LOSANGELES, CA 90028
(Undeliverable)

CITY OF LOS ANGELES
P.O. BOX 513996
LOS ANGELES, CA 90051

CONSTRUCTION DOORS & HARDWARE
2363 TELLER RD. #117
NEWBURY PARK, CA 91320

CRAIG CHAPMAN & ELIZABETH DIPRINZIO
6735 YUCCA STREET #201
LOS ANGELES, CA 90028

DESIGNER KITCHENS
23010 VENTURA BLVD.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

F 1017-1.2

THIS DOCUMENT PREPARED USING RECYCLED PAPER

F 1017-1.2

| In re: The Yucca Group, LLC | CHAPTER    11 |
|---|---|
| Debtor. | CASE NUMBER  10-12079-GM |

WOODLAND HILLS, CA 91364

DOUGLAS DYAKON & CASEY KRAMER
6735 YUCCA STREET #308
LOS ANGELES, CA 90028

DREW POTTON & ADAM FREWER
6735 YUCCA STREET #205
LOS ANGELES, CA 90028

EAST WEST BANK
135 N. LOS ROBLES AVE., 7TH FLOOR
PASADENA, CA 91101

ELAINE COLVARHO & MARIA CALVARHO
6735 YUCCA STREET #510
LOS ANGELES, CA 90028

ELISENEAL
6735 YUCCA STREET #404
LOS ANGELES, CA 90028

ERNESTO DIAZ
6735 YUCCA STREET #206
LOS ANGELES, CA 90028
(Undeliverable)

FABIAN MILLER
6735 YUCCA STREET #406
LOS ANGELES, CA 90028

FEIN HOLLYWOOD
16027 VENTURA BLVD.,STE 503
ENCINO.CA 91436

FIDELITY NATIONAL TITLE
135 MAIN STREET, SUITE 1900
SAN FRANCISCO, CA 94105

FORWARD PROGRESS MANAGEMENT
C/O WILLIAM RUVELSON
9300 WILSHIRE BLVD. #330
BEVERLY HILLS, CA 90212

GABRIEL TAUBER
20501 VENTURA BLVD., SUITE 130
WOODLAND HILLS, CA 91364

GARYMOTYKIE
8640 SKYLINE DRIVE

LOS ANGELES, CA 90046

GUARANTEE DRYWALL
PO BOX 17744
ENCINO.CA 91416

HARLAN'S LANDSCAPING
8860 CORBIN AVE., #371
NORTHRIDGE, CA 91324

HARRY D. ARENDS
1758 TAFT AVENUE
LOS ANGELES, CA 90028

HIGHLIGHTS
12940 CHIPPEWA STREET
SYLMAR, CA 91352

HY-MAX BUILDING CORP.
28376 CONSTELLATION RD.
VALENCIA, CA 91355

INFINITY FIRE PROTECTION
6420 COLDWATER CANYON AVENUE
NORTH HOLLYWOOD, CA 91606

ISAACS IRON WORKS
7373 ATOLL AVENUE
NORTH HOLLYWOOD, CA 91605

INTERNAL REVENUE SERVICE
INSOLVENCY GROUP 6
300 NORTH LOS ANGELES ST, M/S 5022
LOS ANGELES, CA 90012

J. SABAG ELECTRIC SERVICES
8768 YOLANDA AVENUE
NORTHRIDGE, CA 91324

JACKIE GABBINDUER
6735 YUCCA STREET #311
LOS ANGELES, CA 90028

JACKSON, DEMARCO, TIDUS, PECKENPAUG
2030 MAIN STREET, STE 1200
IRVINE, CA 92614

JAMES COURTNEY
6735 YUCCA STREET #408
LOS ANGELES, CA 90028

JDM STRUCTURES, INC.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 1017-1.2

THIS DOCUMENT PREPARED USING RECYCLED PAPER

F 1017-1.2

| In re: The Yucca Group, LLC | CHAPTER   11 |
|---|---|
| Debtor. | CASE NUMBER  10-12079-GM |

10545 COLLINS ST.
NORTH HOLLYWOOD, CA 91601
(Undeliverable)

JEFFREY WIDMAN & THATCHANOK WIDMAN
6735 YUCCA STREET #407
LOS ANGELES, CA 90028

JENNA MENKING
6735 YUCCA STREET #209
LOS ANGELES, CA 90028

JU MAR CORP. DBA 1ST CLASS PARKING
P.O. BOX 16325
BEVERLY HILLS, CA 90209

KANNER ARCHITECTS, INC.
1558 10TH STREET
SANTA MONICA, CA 90401

KERSTIN AHLSTROM
6735 YUCCA STREET #503
LOS ANGELES, CA 90028
(Undeliverable)

KIMLEY-HORN & ASSOCIATES, INC.
P.O. BOX 79063
CITY OF INDUSTRY, CA 91716-9063

LAW OFFICES OF FREDRICK H. STERN
16830 VENTURA BLVD., SUITE 500
ENCINO.CA 91436

LAW OFFICES OF NEIL SUNKIN
22908 GERSHWIN DRIVE
WOODLAND HILLS, CA 91364

LEDERER & NOJIMA, LLP
12400 WILSHIRE BLVD., SUITE 820
LOS ANGELES, CA 90025

LOS ANGELES COUNTY TAX COLLECTOR
P.O. BOX 54027
LOS ANGELES, CA 90054

LOS ANGELES COUNTY TAX COLLECTOR
P.O. BOX 54018
LOS ANGELES, CA 90054

LOS ANGELES COUNTY TAX COLLECTOR

P.O. BOX 54088
LOS ANGELES, CA 90054

LUIS HUNT & ALLAN STEELE
6735 YUCCA STREET #307
LOS ANGELES, CA 90028

MAIN STREET BANK
23970 US HIGHWAY 59N
KINGWOOD, TX 77339

MARK J. FORSTER
6735 YUCCA STREET #305
LOS ANGELES, CA 90028
(Undeliverable)

MARLEON INC. DBA HANLEYS WELDING
3202 W ROSECRANS AVE
HAWTHORNE, CA 90250

MARY CHARLENE YOUNG
6735 YUCCA STREET #304
LOS ANGELES, CA 90028

MATTSINNREICH
6735 YUCCA STREET #102
LOS ANGELES, CA 90028

MEL KIMMAN
20501 VENTURA BLVD., SUITE 130
WOODLAND HILLS, CA 91364

MIHAELA GRECU & LIANA TODOR
6735 YUCCA STREET #109
LOS ANGELES, CA 90028

MOVE RENTAL DIVISION
P.O. BOX 4455
SCOTTSDALE, AZ 85261-4455
NATHAN'S GLASS & MIRROR
12750 RAYMER STREET, UNIT 1
NORTH HOLLYWOOD, CA 91605

NORAH BRENNAN & DAVID BOCTOR
6735 YUCCA STREET #208
LOS ANGELES, CA 90028

ODED ZILBERBERG & MEITAL BRAHA
6735 YUCCA STREET #204
LOS ANGELES, CA 90028
PEACHTREE BUSINESS PRODUCTS
P.O. BOX 13290

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 1017-1.2

THIS DOCUMENT PREPARED USING RECYCLED PAPER

F 1017-1.2

| In re: The Yucca Group, LLC | | CHAPTER   11 |
|---|---|---|
| | Debtor. | CASE NUMBER 10-12079-GM |

ATLANTA, GA 30324

PLANET ONLINE
20501 VENTURA BLVD., SUITE 148
WOODLAND HILLS, CA 91364

PURCHASING SOLUTION INC.
1474 BEVERWIL DR.
LOS ANGELES, CA 90035

REBECCA BENNETT & SEBASTIAN GUILLERMO
6735 YUCCA STREET #202
LOS ANGELES, CA 90028

RICK SPIELBERG & DIANE REMENTERIA
6735 YUCCA STREET #506
LOS ANGELES, CA 90028

RICKY BRASCOM
6735 YUCCA STREET #211
LOS ANGELES, CA 90028

RYAN BLAIR & KASSIE HEAD
6735 YUCCA STREET #511
LOS ANGELES, CA 90028

STATE PLASTERING, INC.
16501 VASQUEZ CANYON RD.
CANYON COUNTRY, CA 91351

STORMS & LOWE
9841 AIRPORT BLVD.
LOS ANGELES, CA 90045

SULLIVAN CONCRETE TEXTURES
333 MORNING STAR LANE
NEWPORT BEACH, CA 92550

SULLIVAN CONCRETE TEXTURES
C/O CURTISS D. BONNEVILLE, ESQ.
929 N. GRAND AVENUE
COVINE.CA 91724

SUNSTATE EQUIPMENT CO.
PO BOX 52581
PHOENIX, AZ 75072-3581

THE HOLLYWOOD CONDOMINIUMS
HOA

14766 VENTURA BLVD., 2ND FLOOR
SHERMAN OAKS, CA 91403-3642

TODD SHAW
6735 YUCCA STREET #306
LOS ANGELES, CA 90028

U S. INTERACTIVE MEDIA
1201 ALTA LOMA ROAD
LOS ANGELES, CA 90066

ULTIMATE CONSTRUCTION
6777 N. PARAMOUNT BLVD.
LONG BEACH, CA 90805

VAN DIJK & ASSOCIATES, INC.
8 HAMMOND, SUITE G
IRVINE, CA 92618

WALTER SOLALA & TROY DONNELL
6735 YUCCA STREET #203
LOS ANGELES, CA 90028

WILLIAM HTUN
6735 YUCCA STREET #411
LOS ANGELES, CA 90028

WITHERS & SANDGREN LTD.
PO BOX 276
MONTROSE, CA 91021

YVONNE KIMMAN
20501 VENTURA BLVD., SUITE 130
WOODLAND HILLS, CA 913

LOS ANGELES OFFICE OF THE CITY ATTORNEY
ATTN: WENDY A. LOO, ESQ.
200 NORTH MAIN STREET, SUITE 920
LOS ANGELES, CA 90012

PEI ASSET POOL III, LLC
ATTN: DARIO DE LUCA
5505 CANCHA DE GOLF
RANCHO SANTA FE, CA 92091

J. SCOTT BOVITZ, ESQ.
BOVITZ & SPITZER
880 WEST FIRST STREET, STE 502
LOS ANGELES, CA 90012-2430

WEST COAST DOOR & MOULDING

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 1017-1.2

THIS DOCUMENT PREPARED USING RECYCLED PAPER

F 1017-1.2

| In re: The Yucca Group, LLC | CHAPTER   11 |
|---|---|
| Debtor. | CASE NUMBER  10-12079-GM |

c/o SUSAN SIMMONS SEEMILLER, ESQ.
SPIWAK & IEZZA, LLP
555 MARIN STREET, STE. 140
THOUSAND OAKS, CA 91360

**REQUEST FOR SPECIAL NOTICE/
INTERESTED PARTIES**

FORWARD PROGRESS MANAGEMENT
REAL ESTATE INC.
9300 WILSHIRE BLVD., STE 333
BEVERLY HILLS, CA 90212

EAST WEST BANK
C/O DAVID D. PIPER, ESQ.
KESSAL, YOUNG & LOGAN
400 OCEANGATE
P.O. BOX 1730
LONG BEACH, CA 90801-1730

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

THIS DOCUMENT PREPARED USING RECYCLED PAPER

**EXHIBIT 2**

B10 (Official Form 10) (04/10) - Page 1

| UNITED STATES BANKRUPTCY COURT    CENTRAL DISTRICT OF CALIFORNIA | PROOF OF CLAIM |
|---|---|

**Name of Debtor:** THE YUCCA GROUP, LLC

**Case Number:** 1:10-bk-12079-GM

*NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

**Name of Creditor (the person or other entity to whom the debtor owes money or property):** GARY MOTYKIE

☐ Check this box to indicate that this claim amends a previously filed claim.

**Name and address where notices should be sent:**
8640 Skyline Drive
Los Angeles, CA 90046

**Court Claim Number:** _____
*(if known)*

**Filed on:** _____

**Telephone number:** 310-246-2355

**Name and address where payment should be sent (if different from above):**

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**Telephone number:**

**1. Amount of Claim as of Date Case Filed:** $ 68,750.00

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** Deposit for Purchase
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

**3a. Debtor may have scheduled account as:** _____
(See instruction #3a on reverse side.)

**4. Secured Claim (See instruction #4 on reverse side.)**
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
**Describe:**

**Value of Property:** $_____  **Annual Interest Rate** _____%

**Amount of arrearage and other charges as of time case filed included in secured claim,**

**if any:** $_____  **Basis for perfection:** _____

**Amount of Secured Claim:** $_____  **Amount Unsecured:** $_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See Instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5)

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(___).

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**Date:** 5/1/11

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

GARY MOTYKIE

**FOR COURT USE ONLY**

FILED

MAY 13 2011

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____
Deputy Clerk

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

**EXHIBIT 3**

## File a Claim action:

1:10-bk-12079-GM The Yucca Group, LLC

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 1 (San Fernando Valley) |
| Assets: y | Judge: GM | Case Flag: PlnDue, DsclsDue, DEFER |

### U.S. Bankruptcy Court

### Central District Of California

Notice of Electronic Filing

The following transaction was received from Jerome Bennett Friedman entered on 3/31/2011 at 2:24 PM PDT and filed on 3/31/2011

**Case Name:**     The Yucca Group, LLC
**Case Number:**     1:10-bk-12079-GM
**Document Number:** 219

**Docket Text:**
Objection to Claim # by Claimant Gary Motykie in the amount of $ 68,750.00 Filed by Debtor The Yucca Group, LLC. (Friedman, Jerome)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Objection to Claim - Gary Motykie.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=3/31/2011] [FileNumber=44105612-0] [27598419a997274af693514dc594649c0f2d790631bc88837bce1fb29a9ab74c16 1d4ac53bb9103b5a612c2731470271c30dd6fd3b716101382040ed54e2c60b]]

**1:10-bk-12079-GM Notice will be electronically mailed to:**

Raymond H Aver on behalf of Interested Party Avishay Weinberg
ray@averlaw.com

J Scott Bovitz on behalf of Creditor PEI Asset Pool III, LLC
bovitz@bovitz-spitzer.com

Paul M Brent on behalf of Interested Party Avishay Weinberg
snb300@aol.com

Philip D Dapeer on behalf of Interested Party Forward Progress Management Real Estate, Inc.
PhilipDapeer@AOL.com

Brian L Davidoff on behalf of Interested Party Mel Kimman
bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com

Jerome Bennett Friedman on behalf of Debtor The Yucca Group, LLC
jfriedman@jbflawfirm.com, cdonoyan@jbflawfirm.com;jmartinez@jbflawfirm.com

Brian T Harvey on behalf of Interested Party Forward Progress Management Real Estate, Inc.
bharvey@buchalter.com, IFS_filing@buchalter.com

Nicolino I Iezza on behalf of Creditor West Coast Door & Moulding
niezza@spiwakandiezza.com

David Doss Piper on behalf of Creditor East West Bank
david.piper@kyl.com, karen.stone@kyl.com

S Margaux Ross on behalf of U.S. Trustee United States Trustee (SV)
margaux.ross@usdoj.gov

Anthony J Rothman on behalf of Interested Party Forward Progress Management Real Estate, Inc.
anthony@arothmanlaw.com

David Seror on behalf of Interested Party Forward Progress Management Real Estate, Inc.
dseror@ecjlaw.com

Claire Shin on behalf of Interested Party Mel Kimman
cshin@rutterhobbs.com, jreinglass@rutterhobbs.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

**1:10-bk-12079-GM Notice will not be electronically mailed to:**

Condominium and Community Specialists, Inc.

,

J. Bennett Friedman on behalf of Debtor The Yucca Group, LLC
1900 Avenue of the Stars, suite 1800
Los Angeles, CA 90067-4409

Edward A Gallow on behalf of Debtor The Yucca Group, LLC
Jackson Demarco Tidus and Peckenpaugh
2030 Main St Ste 1200
Irvine, CA 92614

Amnon Mizrahi

,

1   J. BENNETT FRIEDMAN, ESQ., State Bar No. 147056
        *jfriedman@jbflawfirm.com*
2   CASEY Z. DONOYAN, ESQ. State Bar No. 224945
        *cdonoyan@jbflawfirm.com*

3   FRIEDMAN LAW GROUP, P.C.
4   1901 Avenue of the Stars, Suite 1700
    Los Angeles, California 90067
5   Telephone: (310) 552-8210
    Facsimile: (310) 733-5442

6   Attorneys for Debtor and Debtor in Possession THE
7   YUCCA GROUP, LLC

8

9               UNITED STATES BANKRUPTCY COURT

10              CENTRAL DISTRICT OF CALIFORNIA

11

12  In re                          )  CASE NO.  10-12079-GM
                                    )
13  THE YUCCA GROUP, LLC            )  Chapter 11
                                    )
14         Debtor and Debtor in Possession.  )
                                    )
15                                  )  DEBTOR'S OBJECTION TO PAYMENT OF
                                    )  CLAIM OF GARY MOTYKIE
16                                  )
                                    )
17                                  )
                                    )  Date:    May 3, 2011
18                                  )  Time:    10: 00 a.m.
                                    )  Ctrm:    303
19  _____)         21041 Burbank Blvd.
20                                             Woodland Hills, CA 91367

21          TO LISTED CLAIMANT, OFFICE OF THE UNITED STATES TRUSTEE, AND ALL
22  INTERESTED PARTIES:

23          NOTICE IS HEREBY GIVEN that THE YUCCA GROUP, LLC ("Debtor"), by and
24  through its attorney of record, hereby files an Objection to Payment of Claim according to
25  Bankruptcy Rule 3007 as to the claim of Gary Motykie.

26

27

28                              1

1      NOTICE IS FURTHER GIVEN pursuant to Bankruptcy Rule 9013-1(a)(7) that any

2  Opposition to this Objection must be filed with the Court and served upon Debtor's counsel at

3  least fourteen (14) days prior to the scheduled hearing.

4  **CLAIM NO.:**      None

5  **CREDITOR:**     Gary Motykie

6                 8640 Skyline Drive

7                 Los Angeles, CA 90046

8  **CLAIM AMOUNT:**   $68,750.00

9  **BASIS FOR OBJECTION:**

10  1.  Gary Motykie Failed to File a Claim

11  Rule 3003(b)(1) of the Federal Rules of Bankruptcy Procedure ("FRBP") states as follows:

12  "The schedule of liabilities filed pursuant to § 521(1) of the Bankruptcy Code shall

13  constitute prima facie evidence of the validity and amount of the claims of creditors,

14  ***unless they are scheduled as disputed, contingent, or unliquidated.***" [Emphasis Added].

15  Rule 3003(c)(1-3) of the FRBP elaborate on who may file a claim, who must file a claim,

16  and when a claim must be filed. Specifically, Rule 3003(c)(3) states that:

17  "The court shall fix and for cause shown may extend the time within which proofs of claim

18  or interest may be filed. Notwithstanding the expiration of such time, a proof of claim may be

19  filed to the extent and under the conditions stated in Rule 3002(c)(2), (c)(3), (c)(4), and (c)(6)."

20  Bar dates for filing proofs of claim in Chapter 11 case are likened to statutes of limitations

21  which must be strictly observed. *In re Macmillan, Inc.*, Bkrtcy.S.D.N.Y.1995, 186 B.R. 35.

22  Creditor or equity security holder whose claim or interest is not scheduled or *is scheduled as*

23  *disputed, contingent, or unliquidated*, shall file proof of claim against Chapter 11 debtor within

24  time prescribed for such filing. *In re Laclede Cab Co.*, Bkrtcy.E.D.Mo.1995, 186 B.R. 688.

25  Holders of disputed and unliquidated claims who fail to file timely proofs of claim are not deemed

26  to have claims against Chapter 11 estate, and consequently, are ***not entitled to receive distribution***

27  ***under reorganization plan.*** *In re NutriBevco, Inc.*, Bkrtcy.S.D.N.Y.1990, 117 B.R. 771.

28                          2  THIS DOCUMENT PREPARED USING RECYCLED PAPER

1    On January 10, 2011, the Court entered an Order establishing February 15, 2011 as the

2    Claims Bar Date ("Bar Date"). Based on the Order, all claims were required to be filed no later

3    than February 15, 2011. As such, creditors who had yet to file a claim in this case, which was

4    initially filed on February 24, 2010 (the "Petition Date"), had over one month to prepare and file

5    their respective proofs of claim.

6    Pursuant to the Order Fixing the Bar Date, a copy of which is attached hereto as Exhibit

7    "A," the Office of the United States Trustee and all creditors were served with the Order Fixing

8    Bar Date. Included on the service list was Gary Motykie. Despite being served with the Order

9    Fixing the Bar Date for February 15, 2011, Gary Motykie failed to file a Proof of Claim.

10    Debtor listed Gary Motykie as a creditor, although his claim was *identified as a disputed*

11    *claim*. Thus, pursuant to Rule 3003(b)(1) of the FRBP, Gary Motykie was required to file a Proof

12    of Claim to preserve any right it may have had to a distribution. Due to the fact that no Proof of

13    Claim was filed and that Gary Motykie was listed as disputed, it is not entitled to a distribution

14    and its claim should be disallowed. Holders of disputed and unliquidated claims who fail to file

15    timely proofs of claim are not deemed to have claims against Chapter 11 estate, and consequently,

16    are *not entitled to receive distribution under reorganization plan*. *In re NutriBevco, Inc.*,

17    Bkrtcy.S.D.N.Y.1990, 117 B.R. 771.

18    Gary Motykie was provided notice of the Bar Date and yet still failed to comply with filing

19    a Proof of Claim. As such, Debtor respectfully requests that the Court disallow, in its entirety, any

20    claim that Gary Motykie may have and deny it any right to a distribution.

21

22    DATED: March 30, 2011                    FRIEDMAN LAW GROUP, P.C.

23

24

25                                            By: _____
                                              CASEY Z. DONOYAN, ESQ.
26                                            Attorneys for Debtor in Possession,
                                              THE YUCCA GROUP, LLC

27

28                                            3    THIS DOCUMENT PREPARED USING RECYCLED PAPER

**EXHIBIT A**

| | |
|---|---|
| 1 | J. BENNETT FRIEDMAN, ESQ., State Bar No. 147056<br>*jfriedman@jbflawfirm.com* |
| 2 | CASEY Z. DONOYAN, State Bar No. 224945<br>*cdonoyan@jbflawfirm.com* |
| 3 | FRIEDMAN LAW GROUP |
| 4 | 1901 Avenue of the Stars, Suite 1700<br>Los Angeles, CA 90067 |
| 5 | Telephone: (310) 552-8210<br>Facsimile: (310) 733-5442 |
| 6 | |
| 7 | Attorneys for Debtor and Debtor in Possession |
| 8 | THE YUCCA GROUP, LLC |

FILED & ENTERED

CLERK   BANKRUPTCY COURT
Central District of California
B. holbert   DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re | ) | CASE NO. 1:10-bk-12079-GM |
| | ) | Chapter 11 |
| THE YUCCA GROUP, LLC | ) | |
| | ) | ORDER GRANTING DEBTOR'S |
| | ) | MOTION FIXING FEBRUARY 15, 2011 |
| Debtor and Debtor in Possession. | ) | AS THE LAST DATE FOR FILING<br>PROOFS OF CLAIM |
| | ) | [No Hearing Required] |

19
20
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27
28

1

1    Having reviewed the Debtor's Notice of Motion and Motion for Order Fixing Last Date for

2    Filing Proofs of Claim, determining notice was appropriate under Rule 2002 of the Federal Rules

3    of Bankruptcy Procedure, no opposition having been filed with this Court, and good cause

4    appearing,

5        IT IS HEREBY ORDERED

6        That **February 15, 2011** is fixed as the last date for filing proofs of claim.

7

8    ###

9

10

11

12

13

14

15

16

17

18

19

20

21

22    DATED: January 10, 2011

23

24

25

26

27                                              2

28

**F 9013-3.1**

| In re: The Yucca Group, LLC | CHAPTER 11 |
|---|---|
| Debtor. | CASE NUMBER 10-12079-GM |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**1901 Avenue of the Stars, Suite 1700 Los Angeles, CA 90067**

A true and correct copy of the foregoing document described  <u>ORDER GRANTING DEBTOR'S MOTION FIXING FEBRUARY 15, 2011 AS THE LAST DATE FOR FILING PROOFS OF CLAIM</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ____1/6/2011____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

N/A

☐   Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On____1/6/2011____I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☒   Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed

☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1/6/2011 | Kristen Proctor | /s/Kristen Proctor |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1**

THIS DOCUMENT PREPARED USING RECYCLED PAPER

F 9013-3.1

| In re:  The Yucca Group, LLC | CHAPTER   11 |
|---|---|
| Debtor. | CASE NUMBER  10-12079-GM |

## II.   <u>VIA US MAIL</u>

<u>UNITED STATES TRUSTEE</u>
OFFICE OF THE UNITED STATES TRUSTEE
21051 WARNER CENTER LANE, SUITE 115
WOODLAND HILLS, CA 91367

<u>SECURED CREDITOR</u>
PEI ASSET POOL III, LLC
ATTN: DARIO DE LUCA
5505 CANCHA DE GOLF
RANCHO SANTA FE, CA 92091

PEI ASSET POOL III, LLC
C/O J. SCOTT BOVITZ, ESQ.
BOVITZ & SPITZER
880 WEST FIRST STREET, STE 502
LOS ANGELES, CA 90012-2430

WEST COAST DOOR & MOULDING
C/O SUSAN SIMMONS SEEMILLER, ESQ.
SPIWAK & IEZZA, LLP
555 MARIN STREET, STE. 140
THOUSAND OAKS, CA 91360

<u>20 LARGEST CREDITORS</u>
HARRY D ARENDS
1758 TAFT AVENUE
LOS ANGELES, CA 90028

FORWARD PROGRESS MANAGEMENT
C/O WILLIAM RUVELSON
9300 WILSHIRE BLVD. #330
BEVERLY HILLS, CA 90212

THE HOLLYWOOD CONDOMINIUMS HOA
14766 VENTURA BLVD., 2ND FLOOR
SHERMAN OAKS, CA 91403-3642

FEI N HOLLYWOOD
16027 VENTURA BLVD.,STE 503
ENCINO, CA 91436

CONSTRUCTION DOORS & HARDWARE
2363 TELLER RD. # 117
NEWBURY PARK, CA 91320

ULTIMATE CONSTRUCTION
6777 N. PARAMOUNT BLVD.
LONG BEACH, CA 90805

2K PLUMBING & FIRE PROTECTION
7820 BURNET AVENUE #8
VAN NUYS, CA 91405

BROWN, WINFIELD, CANZONERI, ABRAM INC.
300 S. GRAND AVENUE, SUITE 1400
LOS ANGELES, CA 90071-3124

STATE PLASTERING, INC.
16501 VASQUEZ CANYON RD.
CANYON COUNTRY, CA 91351

NATHAN'S GLASS & MIRROR
12750 RAYMER STREET, UNIT 1
NORTH HOLLYWOOD, CA 91605

GUARANTEE DRYWALL
PO BOX 17744
ENCINO, CA 91416

HARLAN'S LANDSCAPING
8860 CORBIN AVE., # 371
NORTHRIDGE, CA 91324

JDM STRUCTURES, INC.
10545 COLLINS ST.
NORTH HOLLYWOOD, CA 91601
(Undeliverable)

5TH GEAR HIGH PERFORMANCE ADVERTISING
8695 WEST WASHINGTON BLVD., STE 206
CULVER CITY, CA 90232
(Undeliverable)

J. SABAG ELECTRIC SERVICES
8768 YOLANDA AVENUE
NORTHRIDGE, CA 91324

HY-MAX BUILDING CORP.
28376 CONSTELLATION
VALENCIA, CA 91355

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

F 9013-3.1

F 9013-3.1

| In re: The Yucca Group, LLC | CHAPTER 11 |
|---|---|
| Debtor. | CASE NUMBER 10-12079-GM |

U.S. INTERACTIVE MEDIA
1201 ALTA LOMA ROAD
LOS ANGELES, CA 90069

JACKSON, DEMARCO, TIDUS, PECKENPAUGH
2030 MAIN STREET, STE 1200
IRVINE, CA 92614

STORMS & LOWE
9841 AIRPORT BLVD.
LOS ANGELES, CA 90045

SULLIVAN CONCRETE TEXTURES
c/o CURTISS D. BONNEVILLE, ESQ.
929 N. GRAND AVENUE
COVINE, CA 91724

**REQUEST FOR SPECIAL NOTICE/
INTERESTED PARTIES**
FORWARD PROGRESS MANAGEMENT
REAL ESTATE INC.
9300 WILSHIRE BLVD., STE 333
BEVERLY HILLS, CA 90212

EAST WEST BANK
C/O DAVID D. PIPER, ESQ.
KEESAL, YOUNG & LOGAN
400 OCEANGATE
P.O. BOX 1730
LONG BEACH, CA 90801-1730

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 9013-3.1

F 1017-1.2

| In re:  The Yucca Group, LLC | CHAPTER  11 |
|---|---|
| Debtor. | CASE NUMBER  10-12079-GM |

### NOTE TO USERS OF THIS FORM:

1) Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) Category I. below:  The United States trustee and case trustee (if any) will always be in this category.
4) Category II. below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief.  DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (specify) _____ ORDER GRANTING DEBTOR'S MOTION PURSUANT TO 11 U.S.C. 363 FOR AUTHORITY TO USE RENTAL REVENUES was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of_____ 1/6/2011_____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below:

- Raymond H Aver          ray@averlaw.com
- J Scott Bovitz          bovitz@bovitz-spitzer.com
- Paul M Brent            snb300@aol.com
- Philip D Dapeer         PhilipDapeer@AOL.com
- Brian L Davidoff        bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
- Jerome Bennett Friedman jfriedman@jbflawfirm.com, cdonoyan@jbflawfirm.com;jmartinez@jbflawfirm.com
- Brian T Harvey          bharvey@buchalter.com, IFS_filing@buchalter.com
- Nicolino I Iezza        niezza@spiwakandiezza.com
- David Doss Piper        david.piper@kyl.com, karen.stone@kyl.com
- S Margaux Ross          margaux.ross@usdoj.gov
- Anthony J Rothman       anthony@arothmanlaw.com
- David Seror             dseror@ecjlaw.com
- Claire Shin             cshin@rutterhobbs.com, jreinglass@rutterhobbs.com
- United States Trustee (SV)  ustpregion16.wh.ecf@usdoj.gov

☐  Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

The Yucca Group, LLC, Debtor
6735 Yucca Street, Unit 109
Los Angeles, CA 90028

☐  Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 1017-1.2
THIS DOCUMENT PREPARED USING RECYCLED PAPER

Case 1:10-bk-12079-GM   Doc 273   Filed 05/18/11   Entered 05/18/11 16:35:24   Desc
Case 1:10-bk-12079-GM   Doc 182   Filed 01/10/11   Entered 01/10/11 15:29:27   Desc
Main Document   Page 7 of 11

Main Document   Page 34 of 49
F 1017-1.2

| In re: The Yucca Group, LLC | CHAPTER 11 |
|---|---|
| Debtor. | CASE NUMBER 10-12079-GM |

III. **TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒   Service information continued on attached page

### VIA US MAIL

OFFICE OF THE UNITED STATES TRUSTEE
21051 WARNER CENTER LANE, SUITE 115
WOODLAND HILLS, CA 91367

CAROL RUIZ
389 PALOS VERDES BLVD., APT 14
REDONDO BEACH, CA 90277

2K PLUMBING & FIRE PROTECTION
7820 BURNET AVENUE #8
VAN NUYS, CA 91405

5TH GEAR HIGH PERFORMANCE ADVERTISING
8695 WEST WASHINGTON BLVD., STE 206
CULVER CITY, CA 90232
(Undeliverable)

A. SHARON COMPANY
22287 MULLHOLLAND HWY # 254
CALABASAS.CA 91302

AARON SUEN
6735 YUCCA STREET #105
LOS ANGELES, CA 90028

AIR COND & HEATING MECH MASTERS
9018 BALBOA BLVD., SUITE 578
NORTHRIDGE, CA 91325

ALEX & TARYN LYNN BAND
14980 AMSO STREET
POWAY.CA 92064

ALEX MAX BAND & TARYN LYNN BAND
6735 YUCCA STREET #211
LOS ANGELES, CA 90028
(Undeliverable)

ALEXANDRU STROIA
6735 YUCCA STREET #507
LOS ANGELES, CA 90028
(Undeliverable)

AMNON MIZRAHI.CPA
16255 VENTURA BLVD. # 700
ENCINO, CA 91364

ANDRE LEMMERS
6735 YUCCA STREET #303
LOS ANGELES, CA 90028

AVISHAY WEINBERG
20501 VENTURA BLVD., SUITE 130
WOODLAND HILLS, CA 91364

BRAD BENSON & JOSEPH BARSOTTI
6735 YUCCA STREET #402
LOS ANGELES, CA 90028

BROWN, WINFIELD, CANZONERI, ABRAM INC.
300 S. GRAND AVENUE, SUITE 1400
LOS ANGELES, CA 90071-3124

CALEB GARRETT & BENJAMIN CHEN
6735 YUCCA STREET #309
LOS ANGELES, CA 90028

CHARLES RANSOM
6735 YUCCA STREET #405
LOSANGELES, CA 90028
(Undeliverable)

CITY OF LOS ANGELES
P.O. BOX 513996
LOS ANGELES, CA 90051

CONSTRUCTION DOORS & HARDWARE
2363 TELLER RD. #117
NEWBURY PARK, CA 91320

CRAIG CHAPMAN & ELIZABETH DIPRINZIO
6735 YUCCA STREET #201
LOS ANGELES, CA 90028

DESIGNER KITCHENS
23010 VENTURA BLVD.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
F 1017-1.2
THIS DOCUMENT PREPARED USING RECYCLED PAPER

| In re:  The Yucca Group, LLC | CHAPTER    11 |
|---|---|
| Debtor. | CASE NUMBER  10-12079-GM |

WOODLAND HILLS, CA 91364

DOUGLAS DYAKON & CASEY KRAMER
6735 YUCCA STREET #308
LOS ANGELES, CA 90028

DREW POTTON & ADAM FREWER
6735 YUCCA STREET #205
LOS ANGELES, CA 90028

EAST WEST BANK
135 N. LOS ROBLES AVE., 7TH FLOOR
PASADENA, CA 91101

ELAINE COLVARHO & MARIA CALVARHO
6735 YUCCA STREET #510
LOS ANGELES, CA 90028

ELISENEAL
6735 YUCCA STREET #404
LOS ANGELES, CA 90028

ERNESTO DIAZ
6735 YUCCA STREET #206
LOS ANGELES, CA 90028
(Undeliverable)

FABIAN MILLER
6735 YUCCA STREET #406
LOS ANGELES, CA 90028

FEIN HOLLYWOOD
16027 VENTURA BLVD.,STE 503
ENCINO.CA 91436

FIDELITY NATIONAL TITLE
135 MAIN STREET, SUITE 1900
SAN FRANCISCO, CA 94105

FORWARD PROGRESS MANAGEMENT
C/O WILLIAM RUVELSON
9300 WILSHIRE BLVD. #330
BEVERLY HILLS, CA 90212

GABRIEL TAUBER
20501 VENTURA BLVD., SUITE 130
WOODLAND HILLS, CA 91364

GARYMOTYKIE
8640 SKYLINE DRIVE

LOS ANGELES, CA 90046

GUARANTEE DRYWALL
PO BOX 17744
ENCINO.CA 91416

HARLAN'S LANDSCAPING
8860 CORBIN AVE., #371
NORTHRIDGE, CA 91324

HARRY D. ARENDS
1758 TAFT AVENUE
LOS ANGELES, CA 90028

HIGHLIGHTS
12940 CHIPPEWA STREET
SYLMAR, CA 91352

HY-MAX BUILDING CORP.
28376 CONSTELLATION RD.
VALENCIA, CA 91355

INFINITY FIRE PROTECTION
6420 COLDWATER CANYON AVENUE
NORTH HOLLYWOOD, CA 91606

ISAACS IRON WORKS
7373 ATOLL AVENUE
NORTH HOLLYWOOD, CA 91605

INTERNAL REVENUE SERVICE
INSOLVENCY GROUP 6
300 NORTH LOS ANGELES ST, M/S 5022
LOS ANGELES, CA 90012

J. SABAG ELECTRIC SERVICES
8768 YOLANDA AVENUE
NORTHRIDGE, CA 91324

JACKIE GABBINDUER
6735 YUCCA STREET #311
LOS ANGELES, CA 90028

JACKSON, DEMARCO, TIDUS, PECKENPAUG
2030 MAIN STREET, STE 1200
IRVINE, CA 92614

JAMES COURTNEY
6735 YUCCA STREET #408
LOS ANGELES, CA 90028

JDM STRUCTURES, INC.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 1017-1.2

THIS DOCUMENT PREPARED USING RECYCLED PAPER

| In re:  The Yucca Group, LLC | | CHAPTER   11 |
|---|---|---|
| | Debtor. | CASE NUMBER  10-12079-GM |

10545 COLLINS ST.
NORTH HOLLYWOOD, CA 91601
(Undeliverable)

JEFFREY WIDMAN & THATCHANOK WIDMAN
6735 YUCCA STREET #407
LOS ANGELES, CA 90028

JENNA MENKING
6735 YUCCA STREET #209
LOS ANGELES, CA 90028

JU MAR CORP. DBA 1ST CLASS PARKING
P.O. BOX 16325
BEVERLY HILLS, CA 90209

KANNER ARCHITECTS, INC.
1558 10TH STREET
SANTA MONICA, CA 90401

KERSTIN AHLSTROM
6735 YUCCA STREET #503
LOS ANGELES, CA 90028
(Undeliverable)

KIMLEY-HORN & ASSOCIATES, INC.
P.O. BOX 79063
CITY OF INDUSTRY, CA 91716-9063

LAW OFFICES OF FREDRICK H. STERN
16830 VENTURA BLVD., SUITE 500
ENCINO.CA 91436

LAW OFFICES OF NEIL SUNKIN
22908 GERSHWIN DRIVE
WOODLAND HILLS, CA 91364

LEDERER & NOJIMA, LLP
12400 WILSHIRE BLVD., SUITE 820
LOS ANGELES, CA 90025

LOS ANGELES COUNTY TAX COLLECTOR
P.O. BOX 54027
LOS ANGELES, CA 90054

LOS ANGELES COUNTY TAX COLLECTOR
P.O. BOX 54018
LOS ANGELES, CA 90054

LOS ANGELES COUNTY TAX COLLECTOR

P.O. BOX 54088
LOS ANGELES, CA 90054

LUIS HUNT & ALLAN STEELE
6735 YUCCA STREET #307
LOS ANGELES, CA 90028

MAIN STREET BANK
23970 US HIGHWAY 59N
KINGWOOD, TX 77339

MARK J. FORSTER
6735 YUCCA STREET #305
LOS ANGELES, CA 90028
(Undeliverable)

MARLEON INC. DBA HANLEYS WELDING
3202 W ROSECRANS AVE
HAWTHORNE, CA 90250

MARY CHARLENE YOUNG
6735 YUCCA STREET #304
LOS ANGELES, CA 90028

MATTSINNREICH
6735 YUCCA STREET #102
LOS ANGELES, CA 90028

MEL KIMMAN
20501 VENTURA BLVD., SUITE 130
WOODLAND HILLS, CA 91364

MIHAELA GRECU & LIANA TODOR
6735 YUCCA STREET #109
LOS ANGELES, CA 90028

MOVE RENTAL DIVISION
P.O. BOX 4455
SCOTTSDALE, AZ 85261-4455
NATHANS GLASS & MIRROR
12750 RAYMER STREET, UNIT 1
NORTH HOLLYWOOD, CA 91605

NORAH BRENNAN & DAVID BOCTOR
6735 YUCCA STREET #208
LOS ANGELES, CA 90028

ODED ZILBERBERG & MEITAL BRAHA
6735 YUCCA STREET #204
LOS ANGELES, CA 90028
PEACHTREE BUSINESS PRODUCTS
P.O. BOX 13290

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 1017-1.2

THIS DOCUMENT PREPARED USING RECYCLED PAPER

January 2009

F 1017-1.2

| In re:  The Yucca Group, LLC | | CHAPTER  11 |
|---|---|---|
| | Debtor. | CASE NUMBER  10-12079-GM |

ATLANTA, GA 30324

PLANET ONLINE
20501 VENTURA BLVD., SUITE 148
WOODLAND HILLS, CA 91364

PURCHASING SOLUTION INC.
1474 BEVERWIL DR.
LOS ANGELES, CA 90035

REBECCA BENNETT & SEBASTIAN GUILLERMO
6735 YUCCA STREET #202
LOS ANGELES, CA 90028

RICK SPIELBERG & DIANE REMENTERIA
6735 YUCCA STREET #506
LOS ANGELES, CA 90028

RICKY BRASCOM
6735 YUCCA STREET #211
LOS ANGELES, CA 90028

RYAN BLAIR & KASSIE HEAD
6735 YUCCA STREET #511
LOS ANGELES, CA 90028

STATE PLASTERING, INC.
16501 VASQUEZ CANYON RD.
CANYON COUNTRY, CA 91351

STORMS & LOWE
9841 AIRPORT BLVD.
LOS ANGELES, CA 90045

SULLIVAN CONCRETE TEXTURES
333 MORNING STAR LANE
NEWPORT BEACH, CA 92550

SULLIVAN CONCRETE TEXTURES
C/O CURTISS D. BONNEVILLE, ESQ.
929 N. GRAND AVENUE
COVINE.CA 91724

SUNSTATE EQUIPMENT CO.
PO BOX 52581
PHOENIX, AZ 75072-3581

THE HOLLYWOOD CONDOMINIUMS
HOA

14766 VENTURA BLVD., 2ND FLOOR
SHERMAN OAKS, CA 91403-3642

TODD SHAW
6735 YUCCA STREET #306
LOS ANGELES, CA 90028

U.S. INTERACTIVE MEDIA
1201 ALTA LOMA ROAD
LOS ANGELES, CA 90066

ULTIMATE CONSTRUCTION
6777 N. PARAMOUNT BLVD.
LONG BEACH, CA 90805

VAN DIJK & ASSOCIATES, INC.
8 HAMMOND, SUITE G
IRVINE, CA 92618

WALTER SOLALA & TROY DONNELL
6735 YUCCA STREET #203
LOS ANGELES, CA 90028

WILLIAM HTUN
6735 YUCCA STREET #411
LOS ANGELES, CA 90028

WITHERS & SANDGREN LTD.
PO BOX 276
MONTROSE, CA 91021

YVONNE KIMMAN
20501 VENTURA BLVD., SUITE 130
WOODLAND HILLS, CA 913

LOS ANGELES OFFICE OF THE CITY ATTORNEY
ATTN: WENDY A. LOO, ESQ.
200 NORTH MAIN STREET, SUITE 920
LOS ANGELES, CA 90012

PEI ASSET POOL III, LLC
ATTN: DARIO DE LUCA
5505 CANCHA DE GOLF
RANCHO SANTA FE, CA 92091

J. SCOTT BOVITZ, ESQ.
BOVITZ & SPITZER
880 WEST FIRST STREET, STE 502
LOS ANGELES, CA 90012-2430

WEST COAST DOOR & MOULDING

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 1017-1.2

THIS DOCUMENT PREPARED USING RECYCLED PAPER

F 1017-1.2

| In re:  The Yucca Group, LLC | CHAPTER   11 |
|---|---|
| Debtor. | CASE NUMBER  10-12079-GM |

c/o SUSAN SIMMONS SEEMILLER, ESQ.
SPIWAK & IEZZA, LLP
555 MARIN STREET, STE. 140
THOUSAND OAKS, CA 91360

**REQUEST FOR SPECIAL NOTICE/**
**INTERESTED PARTIES**

FORWARD PROGRESS MANAGEMENT
REAL ESTATE INC.
9300 WILSHIRE BLVD., STE 333
BEVERLY HILLS, CA 90212

EAST WEST BANK
C/O DAVID D. PIPER, ESQ.
KESSAL, YOUNG & LOGAN
400 OCEANGATE
P.O. BOX 1730
LONG BEACH, CA 90801-1730

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

F 1017-1.2

THIS DOCUMENT PREPARED USING RECYCLED PAPER

| In re:   The Yucca Group, LLC | CHAPTER 11 |
| --- | --- |
| Debtor(s). | CASE NUMBER  10-12079-GM |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

1901 Avenue of the Stars, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as  <u>Debtor's Objection to Payment of Claim of Gary Motykye</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ___3/31/2011___ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒   Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On ___3/31/2011_____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

The Honorable Geraldine Mund  (VIA US MAIL)
United States Bankruptcy Court
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

☒   Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I will serve the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/31/2011 | Kristen Proctor | /s/ Kristen Proctor |
| --- | --- | --- |
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1**

| In re:   The Yucca Group. LLC | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER  10-12079-GM |

## I.    BY COURT VIA NEF

- Raymond H Aver      ray@averlaw.com
- J Scott Bovitz      bovitz@bovitz-spitzer.com
- Paul M Brent      snb300@aol.com
- Philip D Dapeer      PhilipDapeer@AOL.com
- Brian L Davidoff      bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
- Jerome Bennett Friedman      jfriedman@jbflawfirm.com, cdonoyan@jbflawfirm.com;jmartinez@jbflawfirm.com
- Brian T Harvey      bharvey@buchalter.com, IFS_filing@buchalter.com
- Nicolino I Iezza      niezza@spiwakandiezza.com
- David Doss Piper      david.piper@kyl.com, karen.stone@kyl.com
- S Margaux Ross      margaux.ross@usdoj.gov
- Anthony J Rothman      anthony@arothmanlaw.com
- David Seror      dseror@ecjlaw.com
- Claire Shin      cshin@rutterhobbs.com, jreinglass@rutterhobbs.com
- United States Trustee (SV)      ustpregion16.wh.ecf@usdoj.gov

## II.    VIA U.S. MAIL

**UNITED STATES TRUSTEE**
OFFICE OF THE UNITED STATES TRUSTEE
21051 WARNER CENTER LANE, SUITE 115
WOODLAND HILLS, CA 91367

**CLAIMANT**
GARY MOTYKIE
8640 SKYLINE DRIVE
LOS ANGELES, CA 90046

**REQUEST FOR SPECIAL NOTICE/**
**INTERESTED PARTIES**
FORWARD PROGRESS MANAGEMENT
REAL ESTATE INC.
9300 WILSHIRE BLVD., STE 333
BEVERLY HILLS, CA 90212

EAST WEST BANK
C/O DAVID D. PIPER, ESQ.
KEESAL, YOUNG & LOGAN
400 OCEANGATE
P.O. BOX 1730
LONG BEACH, CA 90801-1730

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                     **F 9013-3.1**

**EXHIBIT 4**

1    J. BENNETT FRIEDMAN, ESQ., State Bar No. 147056
       *jfriedman@jbflawfirm.com*

2

   FRIEDMAN LAW GROUP, P.C.
3    1901 Avenue of the Stars, Suite 1700
     Los Angeles, California 90067
4    Telephone: (310) 552-8210
     Facsimile: (310) 733-5442

5

   Attorneys for Debtor and Debtor in Possession
6    THE YUCCA GROUP, LLC

7

8              UNITED STATES BANKRUPTCY COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10

11    In re                          )   CASE NO. 1:10-12079-GM
                                )
12                                 )   Chapter 11

13    THE YUCCA GROUP, LLC           )
                                )   ORDER RE OBJECTION TO THE CLAIM
14                                 )   BY GARY MOTYKIE

15                                 )
           Debtor and Debtor in Possession. )   Date:    May 3, 2011
16                                 )   Time:    10:00 a.m.
                                )   Ctrm:    303
17                                 )             21041 Burbank Blvd
                                )             Woodland Hills, CA 91367
18   _____ )

19

20

21

22        The hearing on Debtor's Objection to the Claim by Gary Motykie, came on regularly for

23   hearing on May 3, 2011 at 10:00 a.m. in the above-entitled court, the Honorable Geraldine Mund

24   presiding. J. Bennett Friedman, Esq. appeared on behalf of The Yucca Group, LLC ("Debtor" or

25   "Debtor-in-Possession"). There were no other appearances made on the record.

26        After reviewing the Debtor's Objection, and good cause appearing, it is HEREBY

27   ORDERED THAT:

28

THIS DOCUMENT PREPARED USING RECYCLED PAPER

FILED & ENTERED

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY **remy**    DEPUTY CLERK

1     1. Notice of the Objection was Proper;

2     2. There was no response to the Objection;

3       **OBJECTION SUSTAINED.  The amount of the claim in this case shall be $0.00.**

4

5       **IT IS SO ORDERED.**

6                       ###

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22   DATED: May 6, 2011

23

24

25

26

27

28                             2   THIS DOCUMENT PREPARED USING RECYCLED PAPER

F 9013-3.1

| In re: The Yucca Group, LLC | CHAPTER   11 |
|---|---|
| Debtor. | CASE NUMBER  10-12079-GM |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**1901 Avenue of the Stars, Suite 1700  Los Angeles, CA 90067**

A true and correct copy of the foregoing document described  ORDER RE OBJECTION TO THE CLAIM BY GARY MOTYKIE. will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On  n/a  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐    Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On        5/4/11      I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Geraldine Mund  (VIA US MAIL)
United States Bankruptcy Court
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

☒    Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 5/4/11 | Jackeline Martinez | /s/Jackeline Martinez |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 9013-3.1

THIS DOCUMENT PREPARED USING RECYCLED PAPER

| | |
|---|---|
| In re:   The Yucca Group, LLC | CHAPTER 11 |
| Debtor(s). | CASE NUMBER  10-12079-GM |

## I.   VIA U.S. MAIL

**UNITED STATES TRUSTEE**
OFFICE OF THE UNITED STATES TRUSTEE
21051 WARNER CENTER LANE, SUITE 115
WOODLAND HILLS, CA 91367

**CLAIMANT**
GARY MOTYKIE
8640 SKYLINE DRIVE
LOS ANGELES, CA 90046

**REQUEST FOR SPECIAL NOTICE/
INTERESTED PARTIES**
FORWARD PROGRESS MANAGEMENT
REAL ESTATE INC.
9300 WILSHIRE BLVD., STE 333
BEVERLY HILLS, CA 90212

EAST WEST BANK
C/O DAVID D. PIPER, ESQ.
KEESAL, YOUNG & LOGAN
400 OCEANGATE
P.O. BOX 1730
LONG BEACH, CA 90801-1730

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                    **F 9013-3.1**

Case 1:10-bk-12079-GM    Doc 273    Filed 05/18/11    Entered 05/18/11 16:35:24    Desc
Case 1:10-bk-12079-GM    Doc 247    Filed 05/06/11    Entered 05/06/11 13:29:20    Desc
Main Document    Page 5 of 6

F 1017-1.2

| In re:  The Yucca Group, LLC | CHAPTER   11 |
|---|---|
| Debtor. | CASE NUMBER  10-12079-GM |

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
2) The title of the judgment or order and case service information must be filled in by the party lodging the order.
3) **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief.  **DO NOT** list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*)  ORDER RE OBJECTION TO THE CLAIM BY GARY MOTYKIE was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

I. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**  Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of____5/4/11_____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Raymond H Aver — ray@averlaw.com
- J Scott Bovitz — bovitz@bovitz-spitzer.com
- Paul M Brent — snb300@aol.com
- Philip D Dapeer — PhilipDapeer@AOL.com
- Brian L Davidoff — bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
- Jerome Bennett Friedman — jfriedman@jbflawfirm.com, cdonoyan@jbflawfirm.com;jmartinez@jbflawfirm.com
- Brian T Harvey — bharvey@buchalter.com, IFS_filing@buchalter.com
- Nicolino I Iezza — niezza@spiwakandiezza.com
- David Doss Piper — david.piper@kyl.com, karen.stone@kyl.com
- S Margaux Ross — margaux.ross@usdoj.gov
- Anthony J Rothman — anthony@arothmanlaw.com
- David Seror — dseror@ecjlaw.com
- Claire Shin — cshin@rutterhobbs.com, jreinglass@rutterhobbs.com
- United States Trustee (SV) — ustpregion16.wh.ecf@usdoj.gov

☐  Service information continued on attached page

II. **SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☒  Service information continued on attached page

III. **TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐  Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

F 1017-1.2
THIS DOCUMENT PREPARED USING RECYCLED PAPER

F 1017-1.2

| In re:  The Yucca Group, LLC | CHAPTER  11 |
|---|---|
| Debtor. | CASE NUMBER  10-12079-GM |

## II.  BY COURT VIA US MAIL

The Yucca Group, LLC, Debtor
6735 Yucca Street, Unit 109
Los Angeles, CA 90028

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                          F 1017-1.2

| In re:  The Yucca Group, LLC | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 10-12079-GM |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1901 Avenue of the Stars, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as __Motion for Order Disallowing Claim No. 15 by Gary Motykie; Declaration of Mel Kimman__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On __5/18/11__ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒     Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On __5/18/11__ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Geraldine Mund  (VIA US MAIL)
United States Bankruptcy Court
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

☒     Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I will serve the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 5/18/2011 | Kristen Proctor | /s/ Kristen Proctor |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                          **F 9013-3.1**

| In re:   The Yucca Group, LLC | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER  10-12079-GM |

## I.   BY COURT VIA NEF

- Raymond H Aver      ray@averlaw.com
- Samuel R Biggs      lnuzzi@biggsco.com
- J Scott Bovitz      bovitz@bovitz-spitzer.com
- Paul M Brent      snb300@aol.com
- Philip D Dapeer      PhilipDapeer@AOL.com
- Brian L Davidoff      bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
- Jerome Bennett Friedman      jfriedman@jbflawfirm.com, cdonoyan@jbflawfirm.com;jmartinez@jbflawfirm.com
- Brian T Harvey      bharvey@buchalter.com, IFS_filing@buchalter.com
- Nicolino I Iezza      niezza@spiwakandiezza.com
- David Doss Piper      david.piper@kyl.com, karen.stone@kyl.com
- S Margaux Ross      margaux.ross@usdoj.gov
- Anthony J Rothman      anthony@arothmanlaw.com
- David Seror      dseror@ecjlaw.com
- Claire Shin      cshin@rutterhobbs.com, jreinglass@rutterhobbs.com
- United States Trustee (SV)      ustpregion16.wh.ecf@usdoj.gov

## II.   VIA U.S. MAIL

**UNITED STATES TRUSTEE**
OFFICE OF THE UNITED STATES TRUSTEE
21051 WARNER CENTER LANE, SUITE 115
WOODLAND HILLS, CA 91367

**CLAIMANT**
GARY MOTYKIE
8640 SKYLINE DRIVE
LOS ANGELES, CA 90046

**REQUEST FOR SPECIAL NOTICE/
INTERESTED PARTIES**
FORWARD PROGRESS MANAGEMENT
REAL ESTATE INC.
9300 WILSHIRE BLVD., STE 333
BEVERLY HILLS, CA 90212

EAST WEST BANK
C/O DAVID D. PIPER, ESQ.
KEESAL, YOUNG & LOGAN
400 OCEANGATE
P.O. BOX 1730
LONG BEACH, CA 90801-1730

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                          F 9013-3.1