J. BENNETT FRIEDMAN, ESQ., State Bar No. 147056
*jfriedman@jbflawfirm.com*

FRIEDMAN LAW GROUP, P.C.
1901 Avenue of the Stars, Suite 1700
Los Angeles, California 90067
Telephone: (310) 552-8210
Facsimile: (310) 733-5442

Attorneys for Debtor and Debtor in Possession
THE YUCCA GROUP, LLC

**FILED & ENTERED**

**JUN 24 2011**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY najarian   DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>THE YUCCA GROUP, LLC<br><br>       Debtor and Debtor in Possession. | CASE NO.  10-12079-GM<br><br>Chapter 11<br><br>ORDER RE OBJECTION TO CLAIM NO. 15 BY GARY MOTYKIE<br><br>Date:   June 21, 2011<br>Time:  10:00 a.m.<br>Ctrm:   303<br>  21041 Burbank Blvd<br>  Woodland Hills, CA 91367 |

The hearing on Debtor's Objection to Claim No. 15 by Gary Motykie, came on regularly for hearing on June 21, 2011 at 10:00 a.m. in the above-entitled court, the Honorable Geraldine Mund presiding. Barney H. Balonick, Esq. of Friedman Law Group, P.C. appeared on behalf of The Yucca Group, LLC ("Debtor" or "Debtor-in-Possession"). There were no other appearances made on the record.

THIS DOCUMENT PREPARED USING RECYCLED PAPER

1   After reviewing the Debtor's Objection and good cause appearing, it is HEREBY
2   ORDERED THAT:
3   1. Notice of the Objection was Proper;
4   2. There was no response to the Objection;
5   **OBJECTION SUSTAINED.  The amount of claim no. 15 in this case shall be $0.00.**
6   **IT IS SO ORDERED.**
7                                      ###

22  DATED: June 24, 2011

United States Bankruptcy Judge

THIS DOCUMENT PREPARED USING RECYCLED PAPER

F 9013-3.1

| In re: The Yucca Group, LLC | CHAPTER 11 |
|---|---|
| Debtor. | CASE NUMBER 10-12079-GM |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**1901 Avenue of the Stars, Suite 1700, Los Angeles, CA 90067**

A true and correct copy of the foregoing document described  ORDER RE OBJECTION TO CLAIM NO. 15 BY GARY MOTYKIE. will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On  n/a  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On  6/21/11  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Geraldine Mund  (VIA US MAIL)
United States Bankruptcy Court
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 6/21/11 | Kristen Proctor | /s/Kristen Proctor |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-3.1**

THIS DOCUMENT PREPARED USING RECYCLED PAPER

| In re:   The Yucca Group, LLC | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER  10-12079-GM |

**I. VIA U.S. MAIL**

**UNITED STATES TRUSTEE**
OFFICE OF THE UNITED STATES TRUSTEE
21051 WARNER CENTER LANE, SUITE 115
WOODLAND HILLS, CA 91367

**CLAIMANT**
GARY MOTYKIE
8640 SKYLINE DRIVE
LOS ANGELES, CA 90046

**REQUEST FOR SPECIAL NOTICE/
INTERESTED PARTIES**
FORWARD PROGRESS MANAGEMENT
REAL ESTATE INC.
9300 WILSHIRE BLVD., STE 333
BEVERLY HILLS, CA 90212

EAST WEST BANK
C/O DAVID D. PIPER, ESQ.
KEESAL, YOUNG & LOGAN
400 OCEANGATE
P.O. BOX 1730
LONG BEACH, CA 90801-1730

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**

**F 1017-1.2**

| In re: The Yucca Group, LLC | CHAPTER 11 |
|---|---|
| Debtor. | CASE NUMBER 10-12079-GM |

## NOTE TO USERS OF THIS FORM:

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER RE OBJECTION TO CLAIM NO. 15 BY GARY MOTYKIE was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of  6/21/11 , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Raymond H Aver         ray@averlaw.com
- Samuel R Biggs          lnuzzi@biggsco.com
- J Scott Bovitz          bovitz@bovitz-spitzer.com
- Paul M Brent            snb300@aol.com
- Philip D Dapeer         PhilipDapeer@AOL.com
- Brian L Davidoff        bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
- Jerome Bennett Friedman  jfriedman@jbflawfirm.com, cdonoyan@jbflawfirm.com;jmartinez@jbflawfirm.com
- Brian T Harvey          bharvey@buchalter.com, IFS_filing@buchalter.com
- Nicolino I Iezza        niezza@spiwakandiezza.com
- David Doss Piper        david.piper@kyl.com, karen.stone@kyl.com
- S Margaux Ross          margaux.ross@usdoj.gov
- Anthony J Rothman       anthony@arothmanlaw.com
- David Seror             dseror@ecjlaw.com
- Claire Shin             cshin@rutterhobbs.com, jreinglass@rutterhobbs.com
- United States Trustee (SV)   ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☒ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 1017-1.2**

THIS DOCUMENT PREPARED USING RECYCLED PAPER

**F 1017-1.2**

| In re:  The Yucca Group, LLC | CHAPTER   11 |
|---|---|
| Debtor. | CASE NUMBER  10-12079-GM |

**II. BY COURT VIA US MAIL**

The Yucca Group, LLC, Debtor
P.O. Box 2218
Venice, CA 90294-2218

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 1017-1.2**